| | |
|---|---|
| 1 | SAGASER, JONES & HAHESY |
| 2 | 2445 Capitol Street, 2nd Floor<br>Post Office Box 1632 |
| 3 | Fresno, California 93717-1632<br>Telephone: (559) 233-4800 |
| 4 | Timothy Jones #119841 |
| 5 | KIRKLAND & ELLIS LLP |
| 6 | 655 15th Street, N.W., Suite 1200<br>Washington, D.C. 20005 |
| 7 | Telephone: (202) 879-5000 |
| 8 | Stuart A.C. Drake (*pro hac vice*)<br>Andrew B. Clubok (*pro hac vice*) |
| 9 | Granta Y. Nakayama (*pro hac vice*)<br>Eric B. Wolff #197147 |
| 10 | Attorneys for all plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

CENTRAL VALLEY CHRYSLER-JEEP, INC., KITAHARA PONTIAC GMC BUICK, INC., MADERA FORD MERCURY, INC., MADERA CHEVROLET, FRONTIER DODGE, INC., TOM FIELDS MOTORS, INC., PISTORESI CHRYSLER DODGE JEEP, BOB WILLIAMS CHEVROLET, COURTESY OLDSMOBILE CADILLAC, INC., MERLE STONE CHEVROLET, INC., MERLE STONE PORTERVILLE, INC., STURGEON AND BECK INCORPORATED, SWANSON FAHRNEY FORD, INC., GENERAL MOTORS CORPORATION, DAIMLERCHRYSLER CORPORATION, TULARE COUNTY FARM BUREAU, and the ALLIANCE OF AUTOMOBILE MANUFACTURERS,

      Plaintiffs,

 v.

Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,

      Defendant.

**Case No. CIV-F-04-6663 REC-LJO**

**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141**

**Honorable Robert E. Coyle**

{6473/003/00169219.DOC}
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal is GRANTED. The Clerk of Court is directed to seal the non-public versions of the following documents filed in this case in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss or Transfer:

(1) Declaration of Kelly M. Brown;

(2) Declaration of Reginald R. Modlin;

(3) Declaration of Alan R. Weverstad;

(4) Declaration of Karl-Heinz Ziwica;

(5) Declaration of Stuart Harden;

(6) Declaration of Gerald R. Pistoresi;

(7) Declaration of Brian Wells;

(8) Declaration of John W. Gardner;

(9) Declaration of Leonard Harrington;  and

(10) Declaration of Michael Rosvold.

**IT IS SO ORDERED.**

Dated: May __2__, 2005

_____/s/ ROBERT E. COYLE__
Robert E. Coyle
United States District Judge

{6473/003/00169219.DOC}
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141

PDF created with pdfFactory trial version www.pdffactory.com