1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  CARYN L. CRAIG, State Bar No. 185621
   NICHOLAS STERN, State Bar No. 148308
5  Deputy Attorneys General
     1300 "I" Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA  94244-2550
7  MARC N. MELNICK, State Bar No. 168187
   Deputy Attorney General
8    1515 Clay Street, 20th Floor
     P.O. Box 70550
9    Oakland, CA  94612-0550
     Telephone:  (510) 622-2133
10   Fax:  (510) 622-2270

11 Attorneys for Defendant
   Catherine E. Witherspoon

12

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE EASTERN DISTRICT OF CALIFORNIA

15                         FRESNO DIVISION

16

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,**<br><br>                    Plaintiffs,<br><br>        v.<br><br>**CATHERINE E. WITHERSPOON,**<br><br>                    Defendant. | NO. CIV F-04-6663 REC LJO<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE A DOCUMENT UNDER SEAL PURSUANT TO L.R. 39-141**<br><br>Hearing:      June 13, 2005<br>Time:          1:30 p.m.<br>Courtroom: One<br>Judge:         Hon. Robert E. Coyle |

1  Pursuant to L.R. 39-141, Defendant's Application to File a Document Under Seal is
2  granted. The Clerk of Court is directed to seal the non-public version of Exhibit A to the
3  Declaration of Duc Nguyen in Support of Defendant's Opposition to Motion By Association of
4  International Automobile Manufacturers to Intervene as Plaintiff.

6  **IT IS SO ORDERED.**

8  Dated: May 18    , 2005

11             /s/ ROBERT E. COYLE
   ROBERT E.COYLE
12 United States District Judge