1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER
   Supervising Deputy Attorney General
4  CARYN L. CRAIG
   NICHOLAS STERN
5  Deputy Attorneys General
     1300 "I" Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA  94244-2550
7  MARC N. MELNICK, State Bar No. 168187
   Deputy Attorney General
8    1515 Clay Street, 20th Floor
     P.O. Box 70550
9    Oakland, CA  94612-0550
     Telephone:  (510) 622-2133
10   Fax:  (510) 622-2270

11 Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON,<br><br>                    Defendant. | NO. CIV F-04-6663 REC LJO<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL UNREDACTED DECLARATION OF STEVE ALBU**<br><br>[Local Rule 39-141]<br><br>Hearing:     June 13, 2005<br>Time:         1:30 p.m.<br>Courtroom: One<br>Judge:        Hon. Robert E. Coyle |

[Prop.] Order Granting D.'s Appl. to File Under Seal Unredacted Decl. of Steve Albu          No. CIV F-04-6663 REC LJO

1.

1  Pursuant to Local Rule 39-141, Defendant's Application to File Under Seal
2  Unredacted Declaration of Steve Albu in Support of Defendant's Motion to Dismiss, submitted
3  on May 27, 2005, is granted. The Clerk of the Court is directed to file, under seal, the complete,
4  unredacted version of the Declaration of Steve Albu filed by Defendant with the Reply
5  Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss.

7  **IT IS SO ORDERED**.

9  Dated:    June 8,  2005

10                                              /s/ ROBERT E. COYLE
                                                _____
11                                              ROBERT E. COYLE
                                                United States District Judge