IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYLSER-JEEP, INC., et al.,<br><br>              Plaintiff,<br><br>     vs.<br><br>CATHERINE E. WITHERSPOON,<br><br>              Defendant. | No. CV-F-04-6663 REC/LJO<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION (Doc. 101) AND CONTINUING ORAL ARGUMENT ON MOTIONS SET FOR JUNE 13, 2005 TO MONDAY, JULY 25, 2005 AT 9:00 A.M. |

   The court hereby grants plaintiffs' "Ex Parte Application for Leave to Allow Plaintiff to File Written Responses to the Evidentiary Objections of Defendant Filed May 27, 2005".

   The court hereby continues oral argument on defendant's motion to dismiss, and the motion to intervene filed by Sierra Club, Natural Resources Defense Council, and Environmental Defense; by Bluewater Network, Global Exchange and Rainforest Action Network; and by Association of International Automobile Manufacturers from June 13, 2005 to Monday, July 25, 2005 at 9:00

1

1  a.m.  The volume and complexity of the various briefs and other
2  documents and the issues raised therein filed by the moving and
3  opposing parties, including the recent evidentiary objections and
4  responses thereto, preclude the court from being fully prepared
5  for oral argument on June 13.  The court will require that
6  plaintiffs and defendant's attorneys meet and confer concerning
7  defendant's evidentiary objections and file a pleading with the
8  court advising the court which evidentiary objections, if any,
9  remain in dispute.  Such pleading shall be filed with the court
10 no later than July 10.  In addition, if any issues raised in the
11 motion to dismiss become moot before July 25, the court should be
12 advised in writing as soon as possible.
13     The court orders that all parties to this action, including
14 proposed intervenors, provide the court with one chambers copy,
15 which includes a date filed stamp and exhibit tabs, of all future
16 pleadings and declarations filed in this action pertaining to any
17 motion to be heard by the court.
18 IT IS SO ORDERED.
19 **Dated:  June 9, 2005**           **/s/ Robert E. Coyle**
   668554                            UNITED STATES DISTRICT JUDGE