1  SAGASER, JONES & HAHESY
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800

4  Timothy Jones #119841

5  KIRKLAND & ELLIS LLP
   655 15th Street, N.W., Suite 1200
6  Washington, D.C. 20005
   Telephone: (202) 879-5000
7
   Stuart A.C. Drake (*pro hac vice*)
8  Andrew B. Clubok (*pro hac vice*)
   Eric B. Wolff #197147
9
10 Attorneys for all plaintiffs

11                    UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA – FRESNO

13  | CENTRAL VALLEY CHRYSLER-JEEP, INC., KITAHARA PONTIAC GMC BUICK, INC., MADERA FORD MERCURY, INC., MADERA CHEVROLET, FRONTIER DODGE, INC., TOM FIELDS MOTORS, INC., PISTORESI CHRYSLER DODGE JEEP, BOB WILLIAMS CHEVROLET, COURTESY OLDSMOBILE CADILLAC, INC., MERLE STONE CHEVROLET, INC., MERLE STONE PORTERVILLE, INC., STURGEON AND BECK INCORPORATED, SWANSON FAHRNEY FORD, INC., GENERAL MOTORS CORPORATION, DAIMLERCHRYSLER CORPORATION, TULARE COUNTY FARM BUREAU, and the ALLIANCE OF AUTOMOBILE MANUFACTURERS, | Case No. CIV-F-04-6663 REC-LJO  ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141  Honorable Robert E. Coyle |
    |---|---|

                         Plaintiffs,

           v.

    Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,

                         Defendant.

{6473/003/00172804.DOC}
  [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-
                                        141

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal is
2  GRANTED.  The Clerk of Court is directed to seal Plaintiffs' Memorandum of Points and
3  Authorities in Response to Defendant's Evidentiary Objections, which was originally filed on June
4  8, 2005 as Document Number 101, Part 4 and inadvertently contained a declaration that had
5  previously been filed under seal.  Furthermore, all persons are instructed to treat this document as
6  if it had been filed under seal initially, and therefore should make no use of the document or its
7  contents for any purpose unless otherwise permitted to do so under the protective order issued in
8  this case or by further order of this Court.

9  **IT IS SO ORDERED.**

11  Dated: July _8__, 2005

13  __/s/ ROBERT E. COYLE_____
    Robert E. Coyle
14  United States District Judge

{6473/003/00172804.DOC}
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141

PDF created with pdfFactory trial version www.pdffactory.com