SAGASER, JONES & HAHESY
2445 Capitol Street, 2nd Floor
Fresno, California 93717-1632
Telephone: (559) 233-4800

Timothy Jones #119841

KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C.  20005
Telephone: (202) 879-5000

Stuart A.C. Drake (*pro hac vice*)
Andrew B. Clubok (*pro hac vice*)
Eric B. Wolff #197147

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE E. WITHERSPOON, <br><br> Defendant. | Case No.  CIV-F-04-6663 REC/LJO <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO ALLOW PLAINTIFFS TO FILE SUPPLEMENTAL DECLARATIONS CONCERNING QUALIFICATIONS TO PROVIDE EVIDENCE IN RESPONSE TO THE EVIDENTIARY OBJECTIONS OF DEFENDANT FILED ON MAY 27, 2005** |

Pursuant to L.R. 78-230, Plaintiffs' Application For Leave to Allow Plaintiffs' To File Supplemental Declarations Concerning Qualifications to Provide Evidence in Response to the Evidentiary Objections of Defendant Filed on May 27, 2005 is GRANTED.

**IT IS SO ORDERED.**

**Dated: July 15, 2005**                    **/s/ ROBERT E. COYLE**

---

The Honorable Robert E. Coyle
United States District Judge

{6473/003/00171075.DOC}                    1

PDF created with pdfFactory trial version www.pdffactory.com