IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

CENTRAL VALLEY CHRYSLER-JEEP, INC., et al.,

        Plaintiff,

vs.

CATHERINE E. WITHERSPOON,

        Defendant.

No. CV-F-04-6663 REC/LJO

ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS

    The court orders plaintiffs and defendant to file supplemental briefs setting forth legal authority that the court can execute the "Stipulation and [Proposed] Order Resolving Ripeness Portion of Defendant's Motion to Dismiss." The court is concerned because of authority that ripeness is determined by the situation as of the time the suit is filed, see Democratic National Committee v. Watada, 198 F.Supp.2d 1193, 1197 (D.Hawaii 2002); Makua v. Rumsfeld, 136 F.Supp.2d 1155, 1160-1161 (D.Hawaii), and because the parties cannot consent to the subject

1

matter jurisdiction of the district court.  See <u>United States v. Ceja-Prado</u>, 333 F.3d 1046, 1049 (9th Cir. 2003) and cases cited therein.

The parties' supplemental briefs shall be filed on or before Monday, August 1, 2005.  All further proceedings shall be by order of the court.

IT IS SO ORDERED.

**Dated:  July 26, 2005**          /s/ Robert E. Coyle
668554                             UNITED STATES DISTRICT JUDGE

2