BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General
CARYN L. CRAIG
NICHOLAS STERN
Deputy Attorneys General
  1300 "I" Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
MARC N. MELNICK, State Bar No. 168187
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2133
  Fax:  (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,**<br><br>            Plaintiffs,<br><br>  v.<br><br>**CATHERINE E. WITHERSPOON,**<br><br>            Defendant. | NO. CIV F-04-6663 REC LJO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ANSWER AND RESPONSE**<br><br>Judge:      Hon. Robert E. Coyle<br>Magistrate:  Hon. Lawrence J. O'Neill |

        WHEREAS, on October 21, 2005, the Court issued orders denying defendant Witherspoon's motion to dismiss and granting the three motions to intervene;

        WHEREAS, defendant Witherspoon's answer to Plaintiffs' first amended complaint is due November 4, 2005, and defendant Witherspoon's response to Plaintiff-Intervenor Association of International Automobile Manufacturers' complaint-in-intervention is

1  due November 10, 2005.

2      WHEREAS, defendant Witherspoon has requested a short extension of the time to

3  answer the first amended complaint and respond to the complaint-in-intervention, and none of

4  the parties have any objection to those extensions, provided this extension does not affect the

5  overall scheduling of this action;

6      ACCORDINGLY, the parties stipulate and agree as follows:

7    A.  The time for defendant Witherspoon to answer the first amended complaint is

8      extended to November 15, 2005.

9    B.  The time for defendant Witherspoon to respond to the complaint-in-intervention is

10      extended to November 15, 2005.

11    Dated:  11/2/05

13      /s/ Andrew B. Clubok (as authorized on 11/2/05)
    ANDREW B. CLUBOK
    Kirkland & Ellis LLP
14      Attorneys for Plaintiffs

15    Dated:  11/3/05

17      /s/ Marc N. Melnick
    MARC N. MELNICK
    Deputy Attorney General
18      Attorneys for Defendant

19    Dated:  11/2/05

21      /s/ Charles H. Haake (as authorized on 11/2/05)
    CHARLES H. HAAKE
    Gibson, Dunn & Crutcher LLP
22      Attorneys for Plaintiff-Intervenor
    Association of International Automobile
23      Manufacturers

24    Dated:  11/1/05

26      /s/ Bernice Conn (as authorized on 11/1/05)
    BERNICE CONN
    Robins, Kaplan, Miller & Ciresi L.L.P.
27      Attorneys for Defendant-Intervenors Sierra
    Club, Natural Resources Defense Council,
28      and Environmental Defense

Dated: 11/2/05

/s/ Danielle R. Fugere (as authorized on 11/2/05)
DANIELLE R. FUGERE
Bluewater Network
Attorney for Defendant-Intervenors
Bluewater Network, Global Exchange, and
Rainforest Action Network

IT IS SO ORDERED.

**Dated:   November 3, 2005**          /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE