UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 27 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>Plaintiffs - Respondents,<br><br>v.<br><br>CATHERINE WITHERSPOON, Executive Officer of the California Air Resources Board,<br><br>Defendant - Petitioner. | No. 05-80125<br><br>D.C. No. CV-04-06663-REC<br>Eastern District of California, Fresno<br><br>ORDER |

FILED
JAN 3 0 PAID
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Before: T.G. NELSON and BYBEE, Circuit Judges

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

S:\MOATT\Panelord\1.23.06\orders\jz2\05-80125.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 26, 2006
by: _____
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
05-80125 Cntrl Vly Chrys-Jeep v. Witherspoon
```

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., ET AL.<br>    Plaintiff - Respondent | Andrew B. Clubok, Esq.<br>202/879-5000<br>[COR LD NTC ret]<br>Eric B. Wolff<br>202/879-5179<br>[COR LD NTC ret]<br>Stuart Drake<br>[COR LD NTC ret]<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, N.W.<br>Suite 1200<br>Washington, DC 20005<br><br>Timothy S Jones, Esq<br>FAX 559/233-9330<br>559/233-4800 x104<br>Second Floor<br>[COR LD NTC ret]<br>SAGASER, JONES & HAHESY<br>2445 Capitol St.<br>Fresno, CA 93721<br><br>Granta Y. Nakayama<br>202/879-5000 x5074<br>Ste. 1200<br>[COR LD NTC ret]<br>KIRKLAND & ELLIS<br>655 Fifteenth St., NW<br>Washington, DC 20005 |
| v. | |
| CATHERINE WITHERSPOON<br>    Defendant - Petitioner | Marc N. Melnick, Esq.<br>FAX 510/622-2270<br>510/622-2133<br>20th Floor<br>[COR LD NTC dag]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY GENERAL (OAKLAND)<br>1515 Clay St.<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br><br>Bill Lockyer, Attorney General<br>[COR LD NTC ag]<br>Mary E. Hackenbracht<br>[COR LD NTC dag]<br>Tom Greene<br>[COR LD NTC dag]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY GENERAL (SAC)<br>Department of Justice<br>1300 "I" St. |

na

INTERNAL USE ONLY: Proceedings include all events.
05-80125 Cntrl Vly Chrys-Jeep v. Witherspoon

                                      Sacramento, CA 94244-2550