# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER VALLEY JEEP, INC., et al.,<br><br>              Plaintiff,<br>vs.<br><br>CATHERINE E. WITHERSPOON,<br><br>              Defendants.<br>_____/ | CASE NO. **CV-F-04-6663 REC LJO**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION RE STATUS CONFERENCE**<br><br>Date: March 17, 2006<br>Time: 8:15 a.m<br>Dept: 8 (LJO) |

Defendant Catherine Witherspoon has filed an *ex parte* application requesting a status conference for March 17, 2006 for the purpose of addressing the scheduling of this case.

For good cause shown, the Court GRANTS the *ex parte* application and sets a status conference for March 17, 2006 at 8:15 am to discuss the scheduling of the case, and for possible further briefing on the issue. The parties may appear at the conference, and on the motion currently set in this matter for the same date, by arranging a one line conference call and telephoning 559-499-5680.

IT IS SO ORDERED.

**Dated:    March 14, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE

1