IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER VALLEY JEEP, INC., et al.,<br><br>              Plaintiff,<br>vs.<br><br>CATHERINE E. WITHERSPOON,<br><br>              Defendants.<br>_____/ | CASE NO. **CV-F-04-6663 REC LJO**<br><br>**ORDER ON MOTIONS**<br>**Motion for Protective Order**<br>Date: March 24, 2006<br>Time: 8:30 a.m<br>Dept.: 8 (LJO)<br><br>**Application to Continue Trial**<br>Date: April 3, 2006<br>Time: 9:00<br>Dept.: 8 (LJO) |

       This Court conducted a hearing on March 17, 2006 in Department 8 on two disputed motions: (1) Defendant Catherine Witherspoon's *ex parte* application to continue the trial and all trial-related dates, and (2) the parties' noticed motion for a protective order. The parties, intervenors and non-parties appeared by counsel as stated on the record.

       On the motion for protective order, for good cause shown, the parties shall file with the Court on or before 5:00 p.m. PST on March 22, 2006 a short brief on their position as to whether *Brown Bag Software Inc. v. Symantec Corp*, 960 F.2d 1465 (9th Cir. 1992) applies in this case. In addition, the brief should address: why an evidentiary hearing either is or is not appropriate; what the party perceives as the scope and conduct of the evidentiary hearing, if one is conducted, and including potential dates and a time estimate. The Court SETS a further hearing on this motion for March 24, 2006 at 8:30 a.m in Department 8. In the meantime, the parties are to meet and confer in an attempt to reach agreement on

the protective order between plaintiffs and defendant intervenors.

**AT THE HEARING ON MARCH 24, COUNSEL ARE TO BE PREPARED TO ADDRESS THE QUESTION OF WHY PARTIES SHOULD NOT BE REQUIRED TO ADDRESS THE LEGAL ISSUE OF PREEMPTION IMMEDIATELY, AND SET A BRIEFING SCHEDULE TO ADDRESS THAT MATTER.**

On the application for continuance of the trial, for good cause shown, the Court CONTINUES the hearing to April 3, 2006 at 9:00 a.m. in Department 8. Counsel for the Defendant is DIRECTED to confer with appropriate defendant decision-makers to determine the issue discussed at the hearing of delay in the date of enforcement of the regulation. The parties are directed to meet and confer no later than four (4) Court days of March 17, 2006 as to potential trial dates and in light of the decision regarding the delay in regulation enforcement. At the hearing on April 3, 2006, counsel for defendant Witherspoon will have an answer to the question of whether the State of California will forego enforcement of the law at issue in this litigation for a time equal to the time being requested to extend the trial date. The parties shall file with the Court on or before 5:00 p.m. PST on March 28, 2006 a short brief on their position regarding the trial continuance.

Counsel are encouraged to attend the hearings by arranging a one line conference call and telephoning the Court at 559-499-5680. Defendant and defendant intervenors are directed to coordinate their response and to submit one filing, for each motion, as to their position.

IT IS SO ORDERED.

**Dated:   March 17, 2006**         /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE