ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld (SBN 62783)
Bernice Conn (SBN 161594)
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendant-Interveners
Sierra Club, Natural Resources Defense Council
and Environmental Defense

FILED
MAR 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______
DEPUTY CLERK

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CENTRAL VALLEY CHRYSLER-JEEP, INC., et al.,

Plaintiff,

v.

CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,

Defendant,

ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,

Plaintiff-Intervener,

SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, and ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,

Defendant-Interveners.

Case No. 1:04-CV-06663 REC LJO

**NOTICE OF WITHDRAWAL OF ROBINS KAPLAN MILLER & CIRESI L.L.P AS ATTORNEYS FOR DEFENDANT-INTERVENERS SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL AND ENVIRONMENTAL DEFENSE; AND PROPOSED ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the firm of Robins Kaplan Miller & Ciresi L.L.P. hereby withdraws as counsel of record for Defendant-Interveners Sierra Club, Natural Resources

Defense Counsel and Environmental Defense.

David Bookbinder, Sierra Club, 408 C Street, NE, Washington, DC 20002, (202) 548-4598 will remain as counsel of record for Sierra Club, Natural Resources Defense Counsel and Environmental Defense.[1]

DATED: March 7, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Roman M. Silberfeld
Roman M. Silberfeld, 62783
Bernice Conn, 161594
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211

**[REMAINING SIGNATURES FILED AS ATTACHMENT]**

DATED: March ___, 2006

**SIERRA CLUB**

By: ______________________
David Bookbinder
408 C Street, NE
Washington, DC 20002

**ATTORNEYS FOR DEFENDANTS SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL AND ENVIRONMENTAL DEFENSE**

DATED: March ___, 2006

**SIERRA CLUB**

By: ______________________
David Bookbinder

[1] David Bookbinder was admitted *pro hac vice* as counsel for Defendant-Interveners Sierra Club, Environmental Defense and Natural Resources Defense Counsel on May 10, 2005 (See Docket #77). On October 21, 2005, this court formally granted the motion to intervene of Sierra Club, Environmental Defense and Natural Resources Defense Counsel (See Docket #141). However, Environmental Defense inadvertently is not listed on the Court's Docket as a Defendant-Intervener in this action.



ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: March ___, 2006

**NATURAL RESOURCES DEFENSE COUNCIL**

By: ______________________________
David D. Doniger

DATED: March ___, 2006

**ENVIRONMENTAL DEFENSE**

By: ______________________________
Jim Marston

**IT IS SO ORDERED.**

DATED: March 22, 2006

______________________________
Honorable Robert E. Coyle
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Defense Counsel and Environmental Defense.

David Bookbinder, Sierra Club, 408 C Street, NE, Washington, DC 20002, (202) 548-4598 will remain as counsel of record for Sierra Club, Natural Resources Defense Counsel and Environmental Defense.[1]

DATED: March ___, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________
Roman M. Silberfeld, 62783
Bernice Conn, 161594
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211

DATED: March 7, 2006

**SIERRA CLUB**

By: [signature]
David Bookbinder
408 C Street, NE
Washington, DC 20002

**ATTORNEYS FOR DEFENDANTS SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL AND ENVIRONMENTAL DEFENSE**

DATED: March 7, 2006

**SIERRA CLUB**

By: [signature]
David Bookbinder

DATED: March ___, 2006

**NATURAL RESOURCES DEFENSE COUNCIL**

By: ______________________
David D. Doniger

---

[1] David Bookbinder was admitted *pro hac vice* as counsel for Defendant-Interveners Sierra Club, Environmental Defense and Natural Resources Defense Counsel on May 10, 2005 (See Docket #77). On October 21, 2005, this court formally granted the motion to intervene of Sierra Club, Environmental Defense and Natural Resources Defense Counsel (See Docket #141). However, Environmental Defense inadvertently is not listed on the Court's Docket as a Defendant-Intervener in this action.

Defense Counsel and Environmental Defense.

David Bookbinder, Sierra Club, 408 C Street, NE, Washington, DC 20002, (202) 548-4598 will remain as counsel of record for Sierra Club, Natural Resources Defense Counsel and Environmental Defense.[1]

DATED: March ___, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________
Roman M. Silberfeld, 62783
Bernice Conn, 161594
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211

DATED: March ___, 2006

**SIERRA CLUB**

By: ______________________
David Bookbinder
408 C Street, NE
Washington, DC 20002

**ATTORNEYS FOR DEFENDANTS SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL AND ENVIRONMENTAL DEFENSE**

DATED: March ___, 2006

**SIERRA CLUB**

By: ______________________
David Bookbinder

DATED: March 7, 2006

**NATURAL RESOURCES DEFENSE COUNCIL**

By: [signature]
David D. Doniger

[1] David Bookbinder was admitted *pro hac vice* as counsel for Defendant-Interveners Sierra Club, Environmental Defense and Natural Resources Defense Counsel on May 10, 2005 (See Docket #77). On October 21, 2005, this court formally granted the motion to intervene of Sierra Club, Environmental Defense and Natural Resources Defense Counsel (See Docket #141). However, Environmental Defense inadvertently is not listed on the Court's Docket as a Defendant-Intervener in this action.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: March 14, 2006

**ENVIRONMENTAL DEFENSE**

By [signature]
Jim Marston

**IT IS SO ORDERED.**

DATED: March ___, 2006

[signature]
Honorable Robert E. Coyle
United States District Judge