IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CATHERINE E. WITHERSPOON, et al.,<br><br>　　　　　Defendants. | No. CV-F-04-6663 AWI/LJO<br><br>ORDER CONTINUING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS TO FRIDAY, AUGUST 25, 2006 AT 9:00 A.M. IN COURTROOM TWO |

　　Oral argument in connection with defendant and defendant-intervenors' motion for judgment of the pleadings is continued to Friday, August 25, 2006 at 9:00 a.m. in Courtroom Two.

　　The opposing and reply briefs shall be filed in accordance with the briefing schedule for the motion for judgment on the pleadings set forth in "Order Modifying the Scheduling Order and Setting Hearing Dates" filed on April 4, 2006 (Doc. 206).

　　IT IS SO ORDERED.

**Dated:   June 15, 2006**　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1