IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
CENTRAL VALLEY CHRYSLER-     ) No. CV-F-04-6663 AWI/LJO(New DC)
JEEP, INC., et al.,          )
                             ) ORDER GRANTING MOTION FOR LEAVE
                             ) TO FILE POINTS AND AUTHORITIES
                             ) AMICI CURIAE (Doc. 283) AND
                             ) MODIFYING BRIEFING SCHEDULE AND
             Plaintiff,      ) ORAL ARGUMENT RE DEFENDANTS'
                             ) MOTION FOR JUDGMENT ON THE
        vs.                  ) PLEADINGS
                             )
                             )
CATHERINE WITHERSPOON,       )
et al.,                      )
                             )
                             )
             Defendants.     )
                             )
_____)
```

The motion filed by the States of New York, Connecticut, Maine, Massachusetts, New Jersey, Oregon, Rhode Island, Vermont, Washington, and the City of New York (hereinafter referred to as Amici) to file a brief amicus curiae in support of the motion for judgment on the pleadings filed by defendant and defendant-intervenors is granted.

In requesting leave to file an amicus brief in support of the motion for judgment on the pleadings, Amici note that the

1

1 Clean Air Act prohibits states other than California from
2 adopting their own motor vehicle emission standards.  42 U.S.C. §
3 7543.  However, the Clean Air Act does allow states other than
4 California to adopt California's new motor vehicle emission
5 standards.  42 U.S.C. § 7507.  Amici represent that each of the
6 states have adopted California's new motor vehicle emission
7 standards, including those standards involving greenhouse gas
8 emissions.  In addition, Amici contend, although defendants'
9 brief in support of the motion for judgment on the pleadings
10 discuss that California Health and Safety Code § 43018.5 and its
11 implementing regulations were enacted in response to the
12 consequences of global warming, Amici assert that defendants'
13 discussion is "both brief and limited to the effects of global
14 warming on California".  Amici argue that because they

> will be particularly seriously affected by
> the consequences of global warming, and are
> knowledgeable about those effects, they will
> be able to provide more detailed and
> comprehensive information about global
> warming and its effects than was provided by
> defendants, thereby ensuring that the Court
> has a 'full and plenary' discussion of this
> vitally important public issue.

20     Whether to allow an amicus brief is within the discretion of
21 the court which may grant or deny leave as it deems the proffered
22 information timely, useful or, otherwise.  <u>Community Ass'n for</u>
23 <u>Restor. v. DeRutter Bros. Dairy</u>, 54 F.Supp.2d 974, 975
24 (E.D.Wash.1999).  Historically, an amicus curiae is not a party
25 to litigation but is an impartial individual or entity that
26 advises the court in order that justice may be done, rather than

2

advocating a point of view so that the case may be won by one party or another.  <u>Id</u>.  "An amicus brief normally should be allowed when a party is not represented competently or is not represented at all, when an amicus has an interest in some other case that may be affected by the decision in the present case, or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide ... Otherwise, leave to file an amicus curiae brief should be denied."  <u>Id</u>.

Given the interest of the Amici in the ultimate resolution of this action and the importance and complexity of this litigation, the court concludes that allowing the filing of an amicus brief supporting the motion for judgment on the pleadings is necessary to ensure that the court has a full and plenary discussion of the issues raised by this litigation.

However, because allowing the filing of this amicus brief will affect the briefing schedule for the motion for judgment on the pleadings stipulated to by the parties in Order filed on April 4, 2006 and the court's ability to prepare for the motion, the court modifies the briefing schedule as follows: Plaintiffs and plaintiff-intervenor's opposition(s) shall be filed no later July 24, 2006; Defendant, defendant-intervenors, and amici's reply(s) shall be filed no later than August 17, 2006.  Oral argument regarding the motion for judgment on the pleadings on Friday, September 15, 2006 at 9:00 a.m.

///

1  ACCORDINGLY:

2  1.  The motion filed by the States of New York, Connecticut,
3  Maine, Massachusetts, New Jersey, Oregon, Rhode Island, Vermont,
4  Washington, and the City of New York to file a brief amicus
5  curiae in support of the motion for judgment on the pleadings
6  filed by defendant and defendant-intervenors is granted and that
7  the brief amicus curiae attached to the motion is accepted for
8  filing by the court.

9  2.  Plaintiffs and plaintiff-intervenor's opposition(s) to
10 the motion for judgment on the pleadings shall be filed no later
11 July 24, 2006.  Defendant, defendant-intervenors, and amici's
12 reply(s) shall be filed no later than August 17, 2006.  Oral
13 argument regarding the motion for judgment on the pleadings on
14 Friday, September 15, 2006 at 9:00 a.m.

16 IT IS SO ORDERED.

17 **Dated:   June 23, 2006**                   **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE

4