IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER VALLEY JEEP, INC., et al.,<br><br>          Plaintiff,<br>     vs.<br>CATHERINE E. WITHERSPOON,<br><br>          Defendants.<br>_____/ | CASE NO. **CV-F-04-6663 REC LJO**<br><br>**ORDER ON DEFENDANT'S AND DEFENDANT INTERVENORS' REQUEST FOR A STATUS CONFERENCE** |

On June 20, 2006, defendant and defendant intervenors filed a request for a status conference for the purpose of revising the scheduling of this case. The Court will entertain a joint stipulation or a motion, with a showing of good cause, to reset dates, with the understanding that without good cause for changing the dates, with or without a stipulation, the original dates will remain. This Court is unable to accept a unilateral invitation to consider resetting dates. As of the date of defendant's request, the trial date of January 16, 2007 is confirmed. Should the case be reassigned to the replacement for Senior District Court Judge Oliver Wanger, it is not expected that the trial date will not change.

IT IS SO ORDERED.

**Dated:   June 23, 2006**           /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1