1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 CENTRAL VALLEY CHRYSLER                CASE NO. **CV-F-04-6663 AWI LJO**
   VALLEY JEEP, INC., et al.,
12                                         **ERRATUM TO ORDER ON DEFENDANT'S**
                                           **AND DEFENDANT INTERVENORS'**
13                  Plaintiff,             **REQUEST FOR A STATUS CONFERENCE**
                                           (Doc. 249)
14        vs.

15 CATHERINE E. WITHERSPOON,

16                  Defendants.
                                        /
17

18        On June 20, 2006, defendant and defendant intervenors filed a request for a status conference

19 for the purpose of revising the scheduling of this case. This Court issued an order denying the request

20 on June 26, 2006.   The order contained an error in lines 23-24.  The sentence should read: "Should the

21 case be reassigned to the replacement for Senior District Court Judge Oliver Wanger, it is ~~not~~ expected

22 that the trial date will not change."

23 IT IS SO ORDERED.

24 **Dated:    June 26, 2006**              _____/s/ Lawrence J. O'Neill_____
   b9ed48                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                            1