BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER, State Bar No. 72234
Supervising Deputy Attorney General
KATHLEEN KENEALY, State Bar No. 212289
LINDA BERG, State Bar No. 194667
CARYN L. CRAIG
Deputy Attorneys General
  1300 "I" Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
MARC N. MELNICK, State Bar No. 168187
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2133
  Fax:  (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

*Additional Counsel on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CATHERINE E. WITHERSPOON,**<br><br>Defendant.<br><br>**ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS**,<br><br>Plaintiff-Intervenor,<br><br>**SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK**,<br><br>Defendant-Intervenors. | NO. CIV F-04-6663 AWI LJO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDER**<br><br>Date: July 17, 2006<br>Time: 8:30 a.m.<br>Dept. Eight (Hon. L.J. O'Neill) |

1  MATTHEW F. PAWA (*pro hac vice*)
2  BENJAMIN KRASS (*pro hac vice*)
   LAW OFFICES OF MATTHEW F. PAWA, P.C.
3  1280 Centre Street, Suite 230
   Newton Centre, MA 02459
4  Tel: (617) 641-9550
   Fax: (617) 641-9551
5
   DAVID BOOKBINDER (*pro hac vice*)
6  SIERRA CLUB
   408 C Street, NE
7  Washington, DC 20002
   Tel: (202) 548-4598
8  Fax: (202) 547-6009
   Attorneys for Defendant-Intervenors Sierra Club, Natural
9  Resources Defense Council, and Environmental Defense

10 DANIELLE R. FUGERE, State Bar No. 160873
   BLUEWATER NETWORK
11 311 California Street, Suite 510
   San Francisco, CA 94104
12 Tel: (415) 544-0790 x15
   Fax: (415) 544-0796
13 Attorneys for Defendant-Intervenors Bluewater Network,
   Global Exchange, and Rainforest Action Network
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Pursuant to Local Rule 6-144, Defendants' Application for Order Shortening
2 | Time to Hear Motion to Continue Trial Date And Modify Scheduling Order is GRANTED, and
3 | the hearing on this motion is set for July 17, 2006, at 8:30 a.m. [NOTE: because the Ninth
4 | Circuit Conference is from July 10-13, a July 14 hearing date is not a possibility]. Plaintiffs'
5 | opposition to this motion is due on July 11, 2006. Defendants' reply shall be by oral argument.
6 |
7 | IT IS SO ORDERED.
8 | **Dated:   July 3, 2006**              /s/ Lawrence J. O'Neill
  | b9ed48                                 UNITED STATES MAGISTRATE JUDGE