1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  KATHLEEN KENEALY, State Bar No. 212289
   LINDA BERG, State Bar No. 194667
5  CARYN L. CRAIG
   Deputy Attorneys General
6    1300 "I" Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA  94244-2550
   MARC N. MELNICK, State Bar No. 168187
8  Deputy Attorney General
     1515 Clay Street, 20th Floor
9    P.O. Box 70550
     Oakland, CA  94612-0550
10   Telephone:  (510) 622-2133
     Fax:  (510) 622-2270
11
   Attorneys for Defendant Catherine E. Witherspoon
12
   *Additional Counsel on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CATHERINE E. WITHERSPOON,<br><br>                    Defendant.<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>                    Plaintiff-Intervenor,<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,<br><br>                    Defendant-Intervenors. | NO. CIV F-04-6663 AWI LJO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO FILE UNDER SEAL THE DECLARATION OF PAUL HUGHES IN SUPPORT OF DEFENDANT'S AND DEFENDANT-INTERVENORS' MOTION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING CONFERENCE ORDER**<br><br>Magistrate:     Hon. Lawrence J. O'Neill |

Order Granting Appl. File Hughes Decl. Under Seal                                    No. CIV F-04-6663 AWI LJO

1.

1  MATTHEW F. PAWA (*pro hac vice*)
   BENJAMIN KRASS (*pro hac vice*)
2  LAW OFFICES OF MATTHEW F. PAWA, P.C.
   1280 Centre Street, Suite 230
3  Newton Centre, MA 02459
   Tel: (617) 641-9550
4  Fax: (617) 641-9551

5  DAVID BOOKBINDER (*pro hac vice*)
   SIERRA CLUB
6  408 C Street, NE
   Washington, DC 20002
7  Tel: (202) 548-4598
   Fax: (202) 547-6009
8  Attorneys for Defendant-Intervenors Sierra Club, Natural
   Resources Defense Council, and Environmental Defense
9
   DANIELLE R. FUGERE, State Bar No. 160873
10 BLUEWATER NETWORK
   311 California Street, Suite 510
11 San Francisco, CA 94104
   Tel: (415) 544-0790 x15
12 Fax: (415) 544-0796
   Attorneys for Defendant-Intervenors Bluewater Network,
13 Global Exchange, and Rainforest Action Network

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Local Rule 39-141, defendants' Ex Parte Application to File Under
2  Seal the Declaration of Paul Hughes in Support of Defendant's and Defendant-Intervenors'
3  Motion to Continue Trial Date and Modify Scheduling Conference Order is GRANTED.  The
4  Clerk of the Court is directed to file, under seal, the complete, unredacted version of this
5  document.
6  IT IS SO ORDERED.

7  **Dated:   July 3, 2006**                          **/s/ Lawrence J. O'Neill**
   b9ed48                                              UNITED STATES MAGISTRATE JUDGE