SAGASER, JONES & HAHSEY
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:    (559) 233-4800

Timothy Jones #119841
John P. Kinsey # 215916

KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, DC  20005
Telephone:    (202) 879-5000

Stuart A. C. Drake (*pro hac vice*)
Andrew B. Clubok (*pro hac vice*)
Michael E. Scoville (*pro hac vice*)

Attorneys for all plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO**

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, | Case No. CV F-04-6663 AWI-LJO<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141** |

Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal is GRANTED. The Clerk of Court is directed to seal the non-public version of the following documents filed in this case in support of Plaintiffs' Opposition to Motion to Continue Trial Date and Modify Scheduling Order:

(1) Declaration of Reginald R. Modlin

(2) Declaration of James S. Ehlmann

{6473/003/00193012.W51}

---

| | |
|---|---|
| 1 | (3) Exhibit 1 to the Declaration of James S. Ehlmann |
| 2 | (4) Declaration of Robert Brown. |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | **Dated:   July 12, 2006**                                  /s/ Lawrence J. O'Neill<br>66h44d                                                              UNITED STATES MAGISTRATE JUDGE |

{6473/003/00193012.W51}

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 39-141