BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General
CARYN L. CRAIG
KATHLEEN A. KENEALY
NICHOLAS STERN
Deputy Attorneys General
  1300 "I" Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
GAVIN G. McCABE
MARC N. MELNICK, State Bar No. 168187
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2133
  Fax:  (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CATHERINE E. WITHERSPOON,<br><br>        Defendant.<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>        Plaintiff-Intervener.<br><br>SIERRA CLUB; et al.,<br><br>        Defendant-Interveners. | NO. 1:04-CV-06663–AWI–LJO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR A HEARING ON HER MOTION TO COMPEL ADEQUATE RESPONSES TO PORTIONS OF SECOND SET OF INTERROGATORIES** |

1   GOOD CAUSE APPEARING, it is ordered that the defendant Witherspoon's ex
2  parte application for a hearing on her motion to compel adequate responses to portions of her
3  second set of interrogatories is GRANTED.  That motion, accompanying the ex parte
4  application, is deemed timely filed, and shall be heard on August 25, 2006, at 8:30, in Courtroom
5  8.

6  IT IS SO ORDERED.

7  **Dated:   July 31, 2006**              /s/ Lawrence J. O'Neill
8  b9ed48                    UNITED STATES MAGISTRATE JUDGE