IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER VALLEY JEEP, INC., et al., | CASE NO. **CV-F-04-6663 AWI LJO** |
| Plaintiff, | **ORDER ON PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER RE MOTION TO COMPEL** |
| vs. | |
| CATHERINE E. WITHERSPOON, | Date: August 25, 2006<br>Time: 8:30 a.m<br>Dept: 8 (LJO) |
| Defendants. | |

Plaintiffs have filed an *ex parte* application requesting a modification of the scheduling order to extend time for filing a motion to compel defendant to further respond to interrogatories.

The Court has read and reviewed the application, the declaration of Timothy Jones and defendant's opposition thereto. For good cause shown, the Court GRANTS a hearing on the *ex parte* application for August 25, 2006 at 8:30 a.m. at which time the Court will address whether the scheduling order shall be modified to permit the motion. The parties may appear at the conference, and on the motions currently set in this matter for the same date, by arranging a one line conference call and telephoning 559-499-5680. No later than August 21, 2006, plaintiffs shall file a supplemental brief, limited to five pages, addressing the issue of diligence. Any reply by defendant shall be by oral argument.

IT IS SO ORDERED.

**Dated:   August 14, 2006**              /s/ Lawrence J. O'Neill
66h44d                                              UNITED STATES MAGISTRATE JUDGE

1