1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  LINDA L. BERG, State Bar No. 194667
   Deputy Attorneys General
5    1300 "I" Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA  94244-2550
   MARC N. MELNICK, State Bar No. 168187
7  Deputy Attorneys General
     1515 Clay Street, 20th Floor
8    P.O. Box 70550
     Oakland, CA  94612-0550
9    Telephone:  (510) 622-2133
     Fax:  (510) 622-2270
10
   Attorneys for Defendant Catherine E. Witherspoon
11
   *Additional Counsel on Next Page*
12
                  IN THE UNITED STATES DISTRICT COURT
13
          FOR THE EASTERN DISTRICT OF CALIFORNIA---FRESNO DIVISION
14

15  CENTRAL VALLEY CHRYSLER-JEEP,          NO. 01:04-cv-6663 AWI LJO
    INC., et al.,
16
                              Plaintiffs,   **ORDER GRANTING  DEFENDANT
17            v.                            AND DEFENDANT-INTERVENORS'
                                            EX PARTE APPLICATION FOR
18  CATHERINE E. WITHERSPOON, in her        PERMISSION TO FILE REPLY
    official capacity as Executive Officer of the  BRIEF IN SUPPORT OF THE
19  California Air Resources Board,         REQUEST FOR RECONSIDERATION
                                            OF THE MAGISTRATE JUDGE'S
20                            Defendant,     RULING DENYING MOTION TO
                                            COMPEL PRODUCTION OF
21  ASSOCIATION OF INTERNATIONAL            DOCUMENTS**
    AUTOMOBILE MANUFACTURERS,
22                                          Hearing:     September 5, 2006
                     Plaintiff-Intervener,  Time:        1:30 p.m.
23                                          Courtroom:   Six
    SIERRA CLUB, NATURAL RESOURCES          Judge:       Hon.Anthony W. Ishii
24  DEFENSE COUNCIL, ENVIRONMENTAL
    DEFENSE, BLUEWATER NETWORK,
25  GLOBAL EXCHANGE and RAINFOREST
    ACTION NETWORK,
26
                    Defendant-Interveners.
27

28

   [Proposed] Order Granting Def. & Def.-Intervenors Ex Parte App. for Permission  to File Reply
   Brf. in Support of Req. for Recon. of Magistrate Judge's Ruling          No. 01:04-cv-6663 AWI LJO
                                        1.

1 | David Doniger, State Bar No. 76262
NATURAL RESOURCES DEFENSE
2 | COUNCIL
1200 New York Ave., NW
3 | Washington, D.C.  20005
Tel:  (202) 289-2403
4 | Fax: (202) 789-0859

Matthew F. Pawa (pro hac vice)
Benjamin Krass (pro hac vice)
LAW OFFICES OF MATTHEW F.
PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Tel: (617) 641-9550
Fax: (617) 641-9551

5 | David Bookbinder (pro hac vice)
SIERRA CLUB
6 | 408 C Street, NE
Washington, D.C.  20002
7 | Tel: (202) 548-4598
Fax: (202) 547-6009

James T.B. Tripp (of counsel)
ENVIRONMENTAL DEFENSE
257 Park Avenue South
New York, NY 10010
Tel: (212) 616-1247
Fax: (212) 505-2375

9 | Attorneys for Defendant-Intervenors Sierra Club, Natural Resources Defense Council, and Environmental Defense

11 | Danielle R. Fugere, State Bar No. 160873
BLUEWATER NETWORK
12 | 311 California Street, Suite 510
San Francisco, CA 94104
13 | Tel: (415)544-0790 x15
Fax: (415) 544-0796

Attorney for Defendant-Intervenors Bluewater Network, Global Exchange, and Rainforest Action Network

[Proposed] Order Granting Def. & Def.-Intervenors Ex Parte App. for Permission  to File Reply
Brf. in Support of Req. for Recon. of Magistrate Judge's Ruling                    No. 01:04-cv-6663 AWI LJO

2.

1    GOOD CAUSE APPEARING, it is ordered that the defendant and defendant-intervenors'

2  ex parte application for permission to file a reply brief in support of the request for

3  reconsideration of the magistrate judge's order denying the motion to compel production of

4  documents is granted.

5

6  IT IS SO ORDERED.

7  **Dated:    August 15, 2006**                     **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28