# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> CATHERINE E. WITHERSPOON, in her official capacity as Executive Director of the California Air Resources Board, et al., <br><br>    Defendants. | CV F 04-6663   AWI LJO (NEW DJ) <br><br> ORDER VACATING SEPTEMBER 5, 2006, HEARING DATE AND TAKING MOTIONS FOR RECONSIDERATION UNDER SUBMISSION <br><br> (Documents #304 & #323) |

Defendants have filed motions for reconsideration of the magistrate judge's rulings denying their request for a scheduling order and denying their motion to compel production of documents. Both motions have been set for hearing in this case on September 5, 2006. The court has reviewed the papers and has determined that both matters are suitable for decision without oral argument. Local Rule 72-303(e). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 5, 2006, is VACATED, and the parties shall not appear at that time. As of September 5, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 18, 2006                    /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE