1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  CARYN L. CRAIG, State Bar No. 185621
   NICHOLAS STERN, State Bar No. 148308
5  Deputy Attorneys General
     1300 "I" Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA  94244-2550
7  GAVIN G. McCABE, State Bar No. 130864
   MARC N. MELNICK, State Bar No. 168187
8  Deputy Attorneys General
     1515 Clay Street, 20th Floor
9    P.O. Box 70550
     Oakland, CA  94612-0550
10   Telephone:  (510) 622-2133
     Fax:  (510) 622-2270
11
   Attorneys for Defendant Catherine E. Witherspoon
12

              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

                        FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>                              Defendant,<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>                              Plaintiff-Intervenor,<br><br>SIERRA CLUB; et al.,<br><br>                              Defendant-Intervenors. | NO. 1:04-CV-06663-AWI-LJO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO DECLARATION OF MARC N. MELNICK**<br><br>[Local Rule 39-141]<br><br>Hearing:     August 25, 2006<br>Time:        8:30 a.m.<br>Courtroom:   Eight<br>Judge:       Honorable L.J. O'Neill |

[Prop.] Order Granting D.'s Ex Parte App. to File Under Seal Confidential Exhs.     No. 1:04-CV-06663-AWI-LJO

1  Pursuant to Local Rule 39-141, defendant Witherspoon's Ex Parte Application to
2 File Under Seal Confidential Exhibits to the Declaration of Marc N. Melnick is granted.  The
3 Clerk of the Court is directed to file, under seal, this document.
4 IT IS SO ORDERED.
5 **Dated:   August 23, 2006**              /s/ Lawrence J. O'Neill
  b9ed48                                         UNITED STATES MAGISTRATE JUDGE