SAGASER, JONES & HAHESY
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800

Timothy Jones #119841
John P. Kinsey #215916

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000

Stuart A. C. Drake (*pro hac vice*)
Andrew B. Clubok (*pro hac vice*)
Michael E. Scoville (*pro hac vice*)

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., *et al.*, <br>  Plaintiffs, <br><br> vs. <br><br> CATHERINE E. WITHERSPOON, in her official capacity as Executive Director of the California Air Resources Board, <br>  Defendant, <br><br> ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, <br>  Plaintiff-Intervenor, <br><br> SIERRA CLUB, *et al.*, <br>  Defendant-Intervenors. | Case No. CIV-F-04-6663 AWI LJO <br><br> **ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS** |

GOOD CAUSE APPEARING, it is ordered that Plaintiffs' *Ex Parte* Motion for Leave to File Surreply Memorandum in Opposition to Motion for Judgment on the Pleadings is GRANTED.

1 | IT IS SO ORDERED.

2 | Dated:   September 8, 2006             /s/ Anthony W. Ishii
3 | 0m8i78                                 UNITED STATES DISTRICT JUDGE