BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER, State Bar No. 72234
Supervising Deputy Attorney General
KATHLEEN A. KENEALY, State Bar No. 212289
Deputy Attorneys General
 1300 "I" Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (510) 622-2133
 Fax:  (510) 622-2270
MARC N. MELNICK, State Bar No. 168187
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
Telephone:  (510) 622-2133
Fax:  (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>                                    Plaintiffs,<br>          v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>                                    Defendant,<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>                            Plaintiff-Intervenor,<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,<br>                         Defendant-Intervenors. | NO. CIV F-04-6663 AWI LJO<br><br>STIPULATION AND ORDER REGARDING SCHEDULING OF DEPOSITION OF THOMAS CACKETTE |

WHEREAS, pursuant to the Scheduling Order in this matter, the non-expert discovery cut-off is September 22, 2006.  (See Document 297:  Order on Defendant's and Defendant Intervenors' Motion to Modify the Scheduling Order, dated July 17, 2006.)

WHEREAS, plaintiffs seek to take the deposition of Thomas Cackette, Deputy Executive Officer of the California Air Resources Board, and had noticed his deposition for September 8, 2006.

WHEREAS, Mr. Cackette has represented to the parties that due to his previous scheduling commitments and the schedule of counsel, his deposition cannot reasonably be taken before October 13, 2006.  That date is agreeable to all parties, but the date is after the September 22, 2006, non-expert discovery cut-off.

WHEREAS, on September 7, 2006, counsel for plaintiffs and counsel for defendant Witherspoon, telephoned the Court informally and proposed that Mr. Cackette's deposition be taken on October 13, 2006, without prejudice to plaintiffs' right to seek judicial relief after the deposition, in the same manner as plaintiffs would be entitled to had the deposition proceeded as noticed on September 8.  The Court indicated that the proposal would be acceptable and directed the parties to submit a stipulation and proposed order effectuating it.

THEREFORE, Plaintiffs Central Valley Chrysler-Jeep, Inc. et al. and Defendant Catherine E. Witherspoon hereby stipulate that:

1. Plaintiffs shall take Mr. Cackette's deposition on October 13, 2006, in accordance with their deposition notice.

2. Plaintiffs shall have the time-period they would have had to bring any motions based on Mr. Cackette's deposition, had the deposition taken place on September 8, 2006.

Dated:  September 14, 2006

By:  /s/  Kathleen A. KenealyKATHLEEN A. KENEALYDeputy Attorney GeneralAttorneys for Defendant Catherine Witherspoon

Dated:  September 14, 2006

          By:  /s/ Andrew B. ClubokANDREW B.
          CLUBOKKirkland & ELLPAttorneys for Plaintiffs

IT IS SO ORDERED.

**Dated:   September 14, 2006**     **/s/ Lawrence J. O'Neill**
b9ed48         UNITED STATES MAGISTRATE JUDGE