BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER, State Bar No. 72234
Supervising Deputy Attorney General
KATHLEEN KENEALY, State Bar No. 212289
Deputy Attorney General
 1300 "I" Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
(916) 324-5359
LAURA J. ZUCKERMAN
MARC N. MELNICK, State Bar No. 168187
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>                          Plaintiffs,<br><br>     v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>                          Defendant,<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>                          Plaintiff-Intervenor,<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,<br><br>                          Defendant-Intervenors. | NO. 01:04-cv-6663 AWI  LJO<br><br>**STIPULATION AND  ORDER REGARDING SCHEDULING OF LOCAL PLAINTIFFS' DEPOSITIONS AND DEFENDANT-INTERVENORS' DEPOSITIONS** |

1    WHEREAS, pursuant to the Scheduling Order in this matter, the non-expert discovery cut-off is September 22, 2006.  (*See* Document 297:  Order on Defendant's and Defendant Intervenors' Motion to Modify the Scheduling Order, dated July 17, 2006.)

WHEREAS, Defendant Catherine Witherspoon had sought to take the depositions, under Rule 30(b)(6) of the Federal Rules of Civil Procedure, of plaintiffs Merle Stone Chevrolet, Inc., Merle Stone Porterville, Inc., Swanson & Fahrney Ford, Inc., Sturgeon & Beck Pontiac, Inc., Frontier Dodge, Inc., Central Valley Chrysler Jeep, Inc., Madera Chevrolet, Madera Ford Mercury, Inc., Bob Williams Chevrolet, Courtesy Oldsmobile Cadillac, Inc., Kitahara Pontiac GMC Buick, Inc., Tulare County Farm Bureau, Pistoresi Chrysler Dodge Jeep, and Tom Fields Motors, Inc. (the "Local Plaintiffs"), and had noticed their depositions for the week of September 18, 2006.

WHEREAS, on September 8, 2006, Defendant issued notices of deposition for the Local Plaintiffs, and subsequently Plaintiffs stated that their schedules did not allow Local Plaintiffs to be deposed prior to the September 22 non-expert discovery cutoff.  Plaintiffs have also represented that they do not currently intend to call any of these plaintiffs at trial except Central Valley Chrysler-Jeep, Inc. and Tom Fields Motors, Inc.

WHEREAS, on September 19, 2006, counsel for Plaintiffs, counsel for Defendant, and counsel for Defendant-Intervenors Sierra Club, Natural Resources Defense Council, and Environmental Defense telephoned the Court informally and proposed that, pursuant to the parties' agreement, (1) the depositions of Central Valley Chrysler-Jeep, Inc. and Tom Fields Motors, Inc. be taken after the non-expert discovery cutoff; (2) the deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure of Defendant-Intervenors Sierra Club, Natural Resources Defense Council and Environmental Defense, for whom these Defendant-Intervenors had agreed that a single representative will speak on behalf of all three, be taken after the non-expert discovery cutoff; and (3) should Plaintiffs decide to call any additional Local Plaintiffs as trial witnesses, Defendant be notified as soon as possible and be permitted to take their depositions within a reasonable time of such notification, despite the non-expert discovery deadline's having passed.  The Court indicated that the proposal would be acceptable and that it

1  would prepare an order, with the parties to let the Court know if the order did not accurately

2  reflect the substance of the discussion.

3       WHEREAS, on September 19, 2006, the Court issued a minute order stating, "Fact

4  discovery cutoff is extended to October 3, 2006 solely for the 3 depositions discussed at the

5  Conference with the Court on September 19, 2006." (*See* Document No. 359: Minute Order,

6  dated September 19, 2006.)

7       WHEREAS, Plaintiffs Central Valley Chrysler-Jeep, Inc. et al. and Defendant Catherine

8  E. Witherspoon have also agreed, and THEREFORE STIPULATE, that:

9       1.    Plaintiffs have confirmed that the only Local Plaintiffs they intend to call as

10  witnesses at trial are Central Valley Chrysler Jeep, Inc. and Tom Fields Motors, Inc., and they

11  will produce representatives of these entities for deposition by Defendant prior to October 3,

12  2006, without prejudice to Defendant's right to seek judicial relief after the depositions, in the

13  same manner as Defendant would had the depositions gone forward as scheduled on September

14  19 and 22, 2006, respectively;

15       2.    Defendant-Intervenors will produce representatives of Sierra Club, Natural

16  Resources Defense Council, and Environmental Defense for deposition by Plaintiffs prior to

17  October 3, 2006, without prejudice to the right of either party to seek judicial relief after the

18  deposition, in the same manner as either party would had the depositions gone forward as

19  originally scheduled on September 18, 19, and 20;

20       3.    Plaintiffs will advise Defendant as soon as possible, but no later than October 31,

21  2006, whether they intend to call any other Local Plaintiffs as trial witnesses, and Defendant will

22  be permitted to depose such identified trial witnesses within a reasonable time of notification

23  notwithstanding the non-expert discovery deadline's having passed; and

24       4.    After October 31, 2006, Plaintiffs may identify additional Local Plaintiffs as trial

25  witnesses only due to unforeseen circumstances (*e.g.*, emergencies, unforeseen availability

26  problems, surprise testimony, etc.). Plaintiffs will advise Defendant as soon as possible of their

27  identification of such additional witnesses, and Defendant will be permitted to depose such

28

witnesses within a reasonable time of notification notwithstanding the non-expert discovery deadline's having passed.

IT IS SO STIPULATED.

        BILL LOCKYER
        Attorney General of the State of California

        /s/ Ellen M. Peter
        ELLEN M. PETER
        Supervising Deputy Attorney General
        Attorneys for Defendant Catherine Witherspoon

        KIRKLAND & ELLIS, LLP

        /s/ Michael Scoville (as authorized on September 22, 2006)
        MICHAEL SCOVILLE
        Attorneys for all Plaintiffs

        LAW OFFICES OF MATTHEW F. PAWA, P.C.

        /s/ Benjamin A. Krass (as authorized on September 21, 2006)
        BENJAMIN A. KRASS
        MATTHEW F. PAWA
        Attorneys for Defendant-Intervenors Sierra Club, Natural Resources Defense Council and Environmental Defense

IT IS SO ORDERED.

**Dated:   September 25, 2006**　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE