BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General
CARYN L. CRAIG
KATHLEEN A. KENEALY
Deputy Attorneys General
  1300 "I" Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
GAVIN G. McCABE
MARC N. MELNICK, State Bar No. 168187
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2133
  Fax:  (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE E. WITHERSPOON, <br><br> Defendant. <br><br> ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, <br><br> Plaintiff-Intervener. <br><br> SIERRA CLUB; et al., <br><br> Defendant-Interveners. | NO. 1:04-CV-06663–AWI–LJO <br><br> **STIPULATION AND ORDER RESOLVING DEFENDANT'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH THE COURT'S AUGUST 25, 2006 DISCOVERY ORDER** <br><br> Date:    October 17, 2006 <br> Time:   1:30 p.m. <br> Dept.:   Eight (Hon. L.J. O'Neill) |

1    In order to resolve defendant Catherine E. Witherspoon's motion for sanctions for failure to comply with the Court's August 25, 2006 discovery order (filed on September 29, 2006 and currently set for hearing on October 17, 2006), plaintiffs Central Valley Chrysler-Jeep, Inc., Kitahara Pontiac GMC Buick, Inc., Madera Ford Mercury, Inc., Madera Chevrolet, Frontier Dodge, Inc., Tom Fields Motors, Inc., Pistoresi Chrysler Dodge Jeep, Bob Williams Chevrolet, Courtesy Oldsmobile Cadillac, Inc., Merle Stone Chevrolet, Inc., Merle Stone Porterville, Inc., Sturgeon and Beck Incorporated, Swanson Fahrney Ford, Inc., General Motors Corporation, DaimlerChrysler Corporation, Tulare County Farm Bureau, and Alliance of Automobile Manufacturers and defendant Witherspoon stipulate as follows (and request that the Court enter this order):

1.  Plaintiffs' complete and exclusive list of evidentiary facts that Plaintiffs currently contend support their Count III (of foreign policy preemption) is found at:

    a.  page 11, line 18 to page 12, line 19, inclusive, and page 13, line 14 to page 16, line 23, inclusive, of Plaintiff Alliance of Automobile Manufacturers' Supplemental Response to Defendant's Second Set of Interrogatories [Second Amended], served on August 4, 2006 (pages 10 through 16 of which is attached as Exhibit A to this stipulation); and

    b.  page 17, lines 4 through 14, inclusive, of Plaintiff Alliance of Automobile Manufacturers' Supplemental Response to Defendant's Second Set of Interrogatories [Third Amended], served on September 26, 2006 (page 17 of which is attached as Exhibit B to this stipulation).

2.  The identification in paragraph 1 above shall be treated as a signed and verified interrogatory response (to defendant Witherspoon's interrogatory number 19).

3.  Nothing in this stipulation prevents Plaintiffs or defendant Witherspoon from citing or relying on any legal authorities (including those listed at page 10, line 11, through page 11, line 17, inclusive, and page 12, line 19, through page 13, line 13, inclusive, of Plaintiff Alliance of Automobile Manufacturers' Supplemental Response to Defendant's Second Set of Interrogatories [Second Amended], served

Stip. & [Prop.] Order Resolving D.'s Mtn. for Sanctions re Aug. 25, 2006 Order.    No. 1:04-CV-06663-AWI-LJO

1.

1      on August 4, 2006).

2    4.    Nothing in this stipulation prevents Plaintiffs from supplementing this list (including with information based on future events), consistent with Federal Rule of Civil Procedure 26(e)(2).

5    5.    Nothing in this stipulation adversely affects the rights of defendant Witherspoon with regard to these alleged facts, including questioning their relevance, admissibility, accuracy, or evidentiary weight.

8    6.    Nothing in this stipulation waives Plaintiffs' or defendant Witherspoon's rights to appeal any discovery rulings made by the District Court.

10    7.    With this resolution, defendant Witherspoon's motion for sanctions is taken off calendar.

Dated:  October 12, 2006

           BILL LOCKYER
           Attorney General of the State of California


           /s/ Marc N. Melnick

           MARC N. MELNICK
           Deputy Attorney General
           Attorneys for Defendant

           KIRKLAND & ELLIS LLP


           /s/ Andrew B. Clubok (as authorized on October 12, 2006)
           ANDREW B. CLUBOK
           Attorneys for Plaintiffs


IT IS SO ORDERED.

**Dated:   October 13, 2006**         **/s/ Lawrence J. O'Neill**
b9ed48                                  UNITED STATES MAGISTRATE JUDGE