1 | BILL LOCKYER
Attorney General of the State of California
2 | MARY E. HACKENBRACHT
Senior Assistant Attorney General
3 | ELLEN M. PETER, State Bar No. 72234
Supervising Deputy Attorney General
4 | CARYN L. CRAIG
KATHLEEN A. KENEALY
5 | Deputy Attorneys General
  1300 "I" Street, Suite 125
6 | P.O. Box 944255
  Sacramento, CA 94244-2550
7 | JOSEPH BARBIERI, State Bar No. 83210
KEN ALEX, State Bar No. 111236
8 | GAVIN G. McCABE, State Bar No. 130864
MARC N. MELNICK, State Bar No. 168187
9 | Deputy Attorneys General
  1515 Clay Street, 20th Floor
10 | P.O. Box 70550
  Oakland, CA 94612-0550
11 | Telephone: (510) 622-2133
  Fax: (510) 622-2270

Attorneys for Defendant Catherine E. Witherspoon

*Additional Counsel on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, <br><br> Defendant, <br><br> ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, <br><br> Plaintiff-Intervenor, <br><br> SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK, <br><br> Defendant-Intervenors. | NO. 1:04-CV-06663-AWI-LJO <br><br> **DEFENDANT AND DEFENDANT-INTERVENORS' MOTION AND NOTICE OF MOTION OF SUMMARY JUDGMENT** <br><br> Date:      November 27, 2006 <br> Time:      1:30 p.m. <br> Courtroom: Two <br> Judge:     Hon. Anthony W. Ishii |

DAVID D. DONIGER, State Bar No. 76262
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW
Washington, DC  20005
Tel:  (202) 289-2403
Fax:  (202) 789-0859

MATTHEW F. PAWA (*pro hac vice*)
BENJAMIN KRASS (*pro hac vice*)
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Tel: (617) 641-9550
Fax: (617) 641-9551

DAVID BOOKBINDER (*pro hac vice*)
SIERRA CLUB
408 C Street, NE
Washington, DC  20002
Tel:  (202) 548-4598
Fax:  (202) 547-6009

JAMES T.B. TRIPP (of counsel)
ENVIRONMENTAL DEFENSE
257 Park Avenue South
New York, NY  10010
Tel:  (212) 616-1247
Fax:  (212) 505-2375

Attorneys for Defendant-Intervenors Sierra Club, Natural
Resources Defense Council, and Environmental Defense


DANIELLE R. FUGERE, State Bar No. 160873
BLUEWATER NETWORK
311 California Street, Suite 510
San Francisco, CA  94104
Tel:  (415) 544-0790 x15
Fax:  (415) 544-0796

Attorneys for Defendant-Intervenors Bluewater Network,
Global Exchange, and Rainforest Action Network

1  TO PLAINTIFFS, PLAINTIFF-INTERVENOR, AND THEIR ATTORNEYS OF
2  RECORD: PLEASE TAKE NOTICE that, on November 27, 2006 at 1:30 p.m., or as soon
3  thereafter as the matter may be heard in the above-entitled court, located at 2500 Tulare Street,
4  Fresno, California, or elsewhere, defendant Catherine E. Witherspoon and defendant-intervenors
5  Sierra Club, Natural Resources Defense Council, Environmental Defense, Bluewater Network,
6  Global Exchange, and Rainforest Action Network will move and hereby do move the Court for a
7  summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56, on the grounds
8  that each of the claims in Plaintiffs' first amended complaint and Plaintiff-Intervenors'
9  complaint-in-intervention are nonjusticiable or otherwise fail to present a proper case or
10 controversy.  Alternatively to seeking a judgment on the entire action, defendant Witherspoon
11 and defendant-intervenors Sierra Club, Natural Resources Defense Council, Environmental
12 Defense, Bluewater Network, Global Exchange, and Rainforest Action Network will move and
13 hereby do move the Court to enter an order in their favor disposing of the individual claims.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  The motion will be based of this Notice of Motion and Motion; the accompanying
2  Memorandum of Points and Authorities, the Declaration of Thomas A. Cackette, any documents
3  filed in reply; the hearing on this motion; and the pleadings filed in this action.

Dated: October 27, 2006          Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
ELLEN M. PETER
Supervising Deputy Attorney General


/s/ Marc N. Melnick
MARC N. MELNICK
Deputy Attorney General
Attorneys for Defendant


SIERRA CLUB


/s/ David Bookbinder (as authorized on October 27, 2006)
DAVID BOOKBINDER
Attorneys for Defendant-Intervenors Sierra Club, Natural Resources Defense Council, and Environmental Defense

BLUEWATER NETWORK


/s/ Danielle R. Fugere (as authorized on October 27, 2006)
DANIELLE R. FUGERE
Attorneys for Defendant-Intervenors Bluewater Network, Global Exchange, and Rainforest Action Network