1  JON WALLACE UPTON, SBN 46089
   KIMBLE, MACMICHAEL & UPTON
2  Fig Garden Financial Center
3  5260 North Palm Avenue, Suite 221
   Fresno, California 93792-9489
4  Telephone: (559) 435-5500
   Facsimile: (559) 435-1500
5

6  RAYMOND B. LUDWISZEWSKI *Pro Hac Vice*
   CHARLES H. HAAKE, SBN 190178
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave. NW
8  Washington, D.C. 20036
   Telephone: (202) 955-8500
9  Facsimile: (202) 467-0539

10 Attorneys for Plaintiff-Intervenor,
11 Association of International Automobile Manufacturers

12                     UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., et al, | CASE NO. CIV-F-04-6663-AWI-LJO |
| Plaintiffs, | |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF PLAINTIFF INTERVENOR, ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, FOR SUMMARY JUDGMENT** |
| Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, | |
| Defendant, | |
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS | DATE: December 11, 2006<br>TIME: 1:30 p.m.<br>JUDGE: Anthony W. Ishii |
| Plaintiff-Intervenor, | |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK, | |
| Defendant-Intervenors. | |

Gibson, Dunn &
Crutcher LLP

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff Intervenor Association of International Automobile Manufacturers hereby respectfully requests that the Court take judicial notice of the following attached documents:

1. California Environmental Protection Agency, Air Resources Board, Staff Report: Initial Statement of Reasons for Proposed Rulemaking, Public Hearing to Consider Adoption of Regulations to Control Greenhouse Gas Emissions from Motor Vehicles (pertinent excerpts) (the entire document is available at http://www.arb.ca.gov/regact/grnhsgas/isor.pdf).

2. National Academy of Science: Effectiveness and Impact of Corporate Average Fuel Economy (CAFE) Standards (National Academy Press 2002).

3. National Highway Traffic Safety Administration: Final Regulatory Impact Analysis, Corporate Average Fuel Economy and CAFE Reform For MY 2008-2011 Light Trucks.

AIAM also requests that this Court take judicial notice of the contents of the Federal Register notices which have been cited in its Memorandum of Points and Authorities in Opposition to Defendants' Motion for Judgment on the Pleadings. This Court may take judicial notice of the contents of the Federal Register. 44 U.S.C. 1507 ("The contents of the Federal Register shall be judicially noticed"). *See also Bayview Hunters Point Community Advocates v. Metropolitan Transp. Com'n*, 366 F.3d 692, 702 n.5 (9th Cir 2004). As these documents are publicly available in the Federal Register, AIAM has not physically attached them to this Request or to its Appendix of Other Authorities. See Local Rule 5-134(d).

DATED: November 8, 2006

KIMBLE, MACMICHAEL & UPTON


By: _____/s/_____
        Jon Wallace Upton

Attorneys for Intervenor,
Association of International Automobile Manufacturers