JON WALLACE UPTON, SBN 46089
KIMBLE, MACMICHAEL & UPTON
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, California 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

RAYMOND B. LUDWISZEWSKI *Pro Hac Vice*
CHARLES H. HAAKE, SBN 190178
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiff-Intervenor,
Association of International Automobile Manufacturers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, <br><br> Defendant, <br><br> THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS <br><br> Plaintiff-Intervenor, <br><br> SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK, <br><br> Defendant-Intervenors. | CASE NO. CIV-F-04-6663-AWI-LJO <br><br> **APPENDIX OF OTHER AUTHORITIES IN SUPPORT OF MOTION OF PLAINTIFF INTERVENOR, ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, FOR SUMMARY JUDGMENT** <br><br> DATE: December 11, 2006 <br> TIME: 1:30 p.m. <br> JUDGE: Anthony W. Ishii |

Gibson, Dunn & Crutcher LLP

**APPENDIX OF OTHER AUTHORITIES**

Pursuant to Local Rule 5-134(d), Plaintiff Intervenor hereby respectfully submits this Appendix of authorities not published or codified in official reports, the Code of Federal Regulations or the Federal Register. *Local Rules of the United States District Court for the Eastern District of California,* Rule 5-134(d).

1. S. Rep. No. 94-179 (1975) (pertinent excerpts).
2. H.R. Rep. No. 94-340 (1975) (pertinent excerpts).
3. S. Rep. No. 93-526 (1974) (pertinent excerpts).
4. Cal. Code Regs. tit. 13, § 1961.1.
5. *Cent. Valley Chrysler-Plymouth v. Cal. Air Res. Bd.*, No. CV-F-02-5017, 2002 U.S. Dist. LEXIS 20403 at *8-*9 (E.D. Cal., June 11, 2002).

DATED: November 8, 2006

                           KIMBLE, MACMICHAEL & UPTON

                           By:        /s/
                                   Jon Wallace Upton

                           Attorneys for Intervenor,
                           Association of International Automobile Manufacturers

100108581_1.DOC