1 | BILL LOCKYER
Attorney General of the State of California
2 | MARY E. HACKENBRACHT
Senior Assistant Attorney General
3 | ELLEN M. PETER, State Bar No. 72234
Supervising Deputy Attorney General
4 | KATHLEEN KENEALY, State Bar No. 212289
CARYN L. CRAIG, State Bar No. 185621
5 | JAN G. ZABRISKIE, State Bar No. 117049
Deputy Attorneys General
6 |  1300 "I" Street, Suite 125
   P.O. Box 944255
7 |  Sacramento, CA  94244-2550
   Telephone:  (916) 327-5484
8 |  Fax:  (916) 327-2319
MARC N. MELNICK, State Bar No. 168187
9 | GAVIN G. McCABE, State Bar No. 130864
MARK W. POOLE, State Bar No. 194520
10 | Deputy Attorneys General
   1515 Clay Street, 20th Floor
11 |  P.O. Box 70550
   Oakland, CA  94612-0550
12 |
Attorneys for Defendant Catherine E. Witherspoon
13 |
*Additional Counsel on Next Page*
14 |
IN THE UNITED STATES DISTRICT COURT
15 |
FOR THE EASTERN DISTRICT OF CALIFORNIA --- FRESNO DIVISION
16 |

17 | **CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,**  |  NO. 1:04-CV-06663-AWI-LJO

18 | Plaintiffs,  |  **STIPULATION AND  ORDER TO MODIFY SCHEDULING ORDER TO REVISE THE HEARING DATE FOR PRETRIAL MOTIONS FILED ON 11/8/06, TO ALLOW THE  COURT TO SET THE MOTION IN LIMINE DEADLINE AT THE PRETRIAL CONFERENCE AND TO PERMIT THE DEPOSITION OF CERTAIN EXPERT WITNESSES TO TAKE PLACE AFTER 11/10/06 DEADLINE**

19 | **v.**

20 | **CATHERINE E. WITHERSPOON,**

21 | Defendant.

22 | **ASSOCIATION OF INTERNATIONAL**
23 | **AUTOMOBILE MANUFACTURERS,**

24 | Plaintiff-Intervenor,

25 | **SIERRA CLUB, NATURAL RESOURCES**
**DEFENSE COUNCIL, ENVIRONMENTAL**
26 | **DEFENSE, BLUEWATER NETWORK,**
**GLOBAL EXCHANGE and RAINFOREST**
27 | **ACTION NETWORK,**

28 | Defendant-Intervenors.

1   MATTHEW F. PAWA (*pro hac vice*)
    BENJAMIN KRASS (*pro hac vice*)
2   LAW OFFICES OF MATTHEW F. PAWA, P.C.
    1280 Centre Street, Suite 230
3   Newton Centre, MA 02459
    Tel: (617) 641-9550
4   Fax: (617) 641-9551

5   DAVID BOOKBINDER (*pro hac vice*)
    SIERRA CLUB
6   408 C Street, NE
    Washington, DC 20002
7   Tel: (202) 548-4598
    Fax: (202) 547-6009
8   Attorneys for Defendant-Intervenors Sierra Club, Natural
    Resources Defense Council, and Environmental Defense
9
    DANIELLE R. FUGERE, State Bar No. 160873
10  BLUEWATER NETWORK
    311 California Street, Suite 510
11  San Francisco, CA 94104
    Tel: (415) 544-0790 x15
12  Fax: (415) 544-0796
    Attorneys for Defendant-Intervenors Bluewater Network,
13  Global Exchange, and Rainforest Action Network

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        The Parties have met and conferred and ask the Court to modify the Scheduling Order in

2   accordance with the stipulation set forth herein.

3        WHEREAS, pursuant to the Scheduling Order in this matter, signed on July 17, 2006,

4   (Docket Doc. #297), the Pretrial Motion Filing Deadline is now set for November 8, 2006 and

5   the Pretrial Motion Hearing Deadline is now set for Friday, December 8, 2006.

6        WHEREAS, the Parties have learned the Honorable Anthony W. Ishii, the assigned

7   judge, does not typically hear civil motions on Fridays, and it has been suggested by the Court's

8   Chambers that the hearing date for any pretrial motions which would have been heard on

9   December 8 be set for Monday, December 11, 2006.

10        WHEREAS, the Parties who may file pretrial motions on November 8, 2006 wish to

11   specify the final filing dates for any oppositions and any reply briefs for any pretrial motions set

12   for hearing on December 11, 2006.

13        WHEREAS, the Scheduling Order in this matter, signed on July 17, 2006, (Docket Doc.

14   #297), changed the dates of specific deadlines but did not replace the original Scheduling Order

15   in this matter, signed on September 19, 2005 (Docket Doc. # 140); presently, the motions in

16   limine must be filed and heard on the same schedule as the other pretrial motions (Docket Doc. #

17   140, pp. 14-15).

18        WHEREAS, pursuant to the Scheduling Order in this matter, signed on July 17, 2006,

19   (Docket Doc. #297), the Expert Discovery Cut-off is November 10, 2006.

20        WHEREAS, the Parties designated 33 non-employee expert witnesses and the time for

21   depositions for these experts was between October 9, 2006 (when supplemental expert reports

22   were served) and November 10, 2006;

23        WHEREAS, the Parties noticed the expert depositions of all of the 33 non-employee

24   expert witnesses prior to the November 10, 2006 deadline.  Despite counsels' best efforts, due to

25   scheduling conflicts for some of these expert witnesses, the depositions cannot be reasonably

26   taken and/or completed either as noticed or on another date before the November 10, 2006 expert

27   witness cut-off deadline.

28   ///

1  WHEREAS, the Parties seek permission of the Court to set these depositions after the

2  November 10, 2006 deadline, but no later than December 8, 2006;

3  WHEREAS, the Parties seek permission to notice any motions to compel with respect to

4  these expert depositions within five days of the date the deposition is conducted; for any expert

5  deposition held on November 8, 9 or 10, 2006, the motion to compel shall be filed by November

6  16, 2006;

7  WHEREAS, the Parties have learned that it is atypical for the Court to require the

8  motions in limine to be filed at the time of the other pretrial motions, and, due to the upcoming

9  depositions of the expert witnesses, the Parties seek permission to revise the Scheduling Order to

10  allow the Court, at the Pretrial Conference now set for December 20, 2006 before the Honorable

11  Anthony J. Ishii, to set the final filing and hearing deadlines for any motions in limine.

12  Plaintiff Central Valley Chrysler-Jeep, Inc. and all of the other named plaintiffs in this

13  action, plaintiff-intervenor Association of International Automobile Manufacturers, defendant

14  Catherine E. Witherspoon and defendant-intervenors Sierra Club, Natural Resources Defense

15  Council, Environmental Defense, Bluewater Network, Global Exchange and Rainforest Action

16  Network (Parties) each STIPULATE as follows and seek the Court's approval of the following

17  provisions:

18  1.  All pretrial motions which would have been set for hearing on Friday, December

19  8, 2006 pursuant to the Court's scheduling order (Docket Doc. #297) shall be set for hearing on

20  Monday, December 11, 2006;

21  2.  The Parties agree that, for all of the motions set for hearing on December 11,

22  2006, that any oppositions be filed on or before Wednesday, November  22, 2006 and any reply

23  briefs be filed on or before Monday, December 4, 2006;

24  3.  The Friday, November 10, 2006 deadline, contained in the Court's scheduling

25  order (Docket Doc. #297), for the completion of the noticed expert witnesses depositions is

26  modified to permit the completion of those depositions on or before December 8, 2006.

27  4.  With respect to any motions to compel for these expert depositions, any motion

28  should be filed *ex parte,* but no later than five days after the day the deposition is conducted for

1  that specific expert;

2      5.      Should any party seek to make a discovery motion based upon an expert witness

3  deposition that is set for November 8, 9 or November 10, 2006, that motion shall be filed by

4  November 16, 2006;

5      6.      This stipulation does not constitute a general agreement to hold depositions after

6  the November 10, 2006 expert discovery cut-off except as otherwise recited herein;

7      7.      The original September 19, 2005 Scheduling Order is modified to provide that the

8  final filing and hearing deadlines for any motions in limine will be set by the Court at the Pretrial

9  Conference now scheduled for December 20, 2006 before the Honorable Anthony J. Ishii.

10  IT IS SO STIPULATED.

11

12      Dated:  November 8, 2006      BILL LOCKYER
                                       Attorney General of the State of California

13                                     /s/ Ellen M. Peter

14                                     ELLEN M. PETER
                                       Supervising Deputy Attorney General
                                       Attorneys for Defendant

15

16      Dated:  November 8, 2006      LAW OFFICES OF MATTHEW F. PAWA, P.C.

17                                     /s/ Matthew F. Pawa (as authorized on November 8, 2006)

18                                     MATTHEW F. PAWA
                                       Attorneys for Defendant-Intervenors Sierra Club, Natural
19                                     Resources Defense Council and Environmental Defense

20      Dated:  November 8, 2006      BLUEWATER NETWORK

21                                     /s/ Danielle R. Fugere (as authorized on November 8, 2006)

22                                     DANIELLE R. FUGERE
                                       Attorneys for Defendant-Intervenors Bluewater Network,
23                                     Global Exchange, and Rainforest Action Network

24      Dated:  November 8, 2006      KIRKLAND & ELLIS, LLP

25

26                                     /s/ Stuart A. C. Drake (as authorized on November 8, 2006)

27                                     STUART A. C. DRAKE
                                       Attorneys for All Plaintiffs

28

1    Dated: November 8, 2006         GIBSON, DUNN & CRUTCHER, LLP

2
                                     /s/ Charles Haake (as authorized on November 8, 2006)
3                                    CHARLES HAAKE
                                     Attorneys for Plaintiff-Intervenor Association of
4                                    International Automobile Manufacturers

5    IT IS SO ORDERED.

6    **Dated:   November 9, 2006**         **/s/ Lawrence J. O'Neill**
     b9ed48                                UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28