| | |
|---|---|
| 1 | BILL LOCKYER |
|   | Attorney General of the State of California |
| 2 | MARY E. HACKENBRACHT |
|   | Senior Assistant Attorney General |
| 3 | ELLEN M. PETER, State Bar No. 72234 |
|   | Supervising Deputy Attorney General |
| 4 | KATHLEEN KENEALY, State Bar No. 212289 |
|   | CARYN L. CRAIG, State Bar No. 185621 |
| 5 | JAN G. ZABRISKIE, State Bar No. 117049 |
|   | Deputy Attorneys General |
| 6 |   1300 "I" Street, Suite 125 |
|   |   P.O. Box 944255 |
| 7 |   Sacramento, CA  94244-2550 |
|   |   Telephone:  (916) 327-5484 |
| 8 |   Fax:  (916) 327-2319 |
|   | MARC N. MELNICK, State Bar No. 168187 |
| 9 | GAVIN G. McCABE, State Bar No. 130864 |
|   | MARK W. POOLE, State Bar No. 194520 |
| 10 | Deputy Attorneys General |
|   |   1515 Clay Street, 20th Floor |
| 11 |   P.O. Box 70550 |
|   |   Oakland, CA  94612-0550 |
| 12 | |
|   | Attorneys for Defendant Catherine E. Witherspoon |
| 13 | |
|   | *Additional Counsel on Next Page* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA --- FRESNO DIVISION

| | | |
|---|---|---|
| 17 | CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al., | NO. 1:04-CV-06663-AWI-LJO |
| 18 | | **STIPULATION AND ORDER TO PERMIT THE DEPOSITION OF CERTAIN EXPERT WITNESSES TO TAKE PLACE AFTER 11/10/06 DEADLINE** |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | CATHERINE E. WITHERSPOON, | |
| 22 | Defendant. | |
| 23 | ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | |
| 24 | Plaintiff-Intervenor, | |
| 25 | SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK, | |
| 26 | | |
| 27 | | |
| 28 | Defendant-Intervenors. | |

1  MATTHEW F. PAWA (*pro hac vice*)
   BENJAMIN KRASS (*pro hac vice*)
2  LAW OFFICES OF MATTHEW F. PAWA, P.C.
   1280 Centre Street, Suite 230
3  Newton Centre, MA 02459
   Tel: (617) 641-9550
4  Fax: (617) 641-9551

5  DAVID BOOKBINDER (*pro hac vice*)
   SIERRA CLUB
6  408 C Street, NE
   Washington, DC 20002
7  Tel: (202) 548-4598
   Fax: (202) 547-6009
8  Attorneys for Defendant-Intervenors Sierra Club, Natural
   Resources Defense Council, and Environmental Defense
9
   DANIELLE R. FUGERE, State Bar No. 160873
10 BLUEWATER NETWORK
   311 California Street, Suite 510
11 San Francisco, CA 94104
   Tel: (415) 544-0790 x15
12 Fax: (415) 544-0796
   Attorneys for Defendant-Intervenors Bluewater Network,
13 Global Exchange, and Rainforest Action Network

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Parties have met and conferred and ask the Court to modify the Scheduling Order in
2  accordance with the stipulation set forth herein.
3  WHEREAS, pursuant to the Stipulation and Order to Modify Scheduling Order in this
4  matter, signed on November 9, 2006, (Docket Doc. #435), the Friday, November 10, 2006
5  deadline, contained in the Court's scheduling order (Docket Doc. #297), for the completion of
6  the noticed expert witnesses depositions was modified to permit the completion of those
7  depositions on or before December 8, 2006;
8  WHEREAS, the Parties have taken the expert depositions of, among others, Patrick J.
9  Michaels, James E. Hansen and Laurence Kalkstein;
10  WHEREAS, the Parties sought additional time for and relevant documents related to the
11  depositions of Patrick J. Michaels, James E. Hansen and Laurence Kalkstein;
12  WHEREAS, despite counsels' best efforts, the depositions could not be reasonably
13  completed either as noticed or on another date before the November 10, 2006 expert witness cut-
14  off deadline.  These expert witness depositions are as follows: Defendants' continued deposition
15  of Patrick J. Michaels, Plaintiffs' continued deposition of James E. Hansen, and Plaintiffs'
16  continued deposition of Laurence Kalkstein;
17  WHEREAS, counsel for the Parties have agreed to the continuation of expert depositions
18  as follows: (i) Defendants shall depose Patrick Michaels for four(4) additional hours of on-the-
19  record time; (ii) Plaintiffs shall depose James E. Hansen for such a period of time as to make the
20  total of on-the-record time allowed for the entire depositions of Dr. Michaels and Dr. Hansen
21  equivalent; and (iii) Plaintiffs shall depose Dr. Kalkstein for one (1) hour solely for the purposes
22  of discussing his consulting business, clients and revenues received from those clients over the
23  last five (5) years;
24  WHEREAS, counsel for the Parties have agreed to produce copies of the following
25  documents in advance of Dr. Michaels' and Dr. Kalkstein's depositions: (i) retainer agreement(s)
26  for this case; (ii) time records and invoices for this case; and (iii) a list of consulting clients and
27  revenues received from those clients over the last five (5) years;
28  WHEREAS, the Parties seek permission of the Court to set these specific depositions

after the November 10, 2006 deadline, but no later than December 8, 2006;

WHEREAS, the Parties seek permission to notice any motions to compel with respect to these specific three (3) expert depositions within five (5) days of the agreed upon date for the respective depositions;

Plaintiff Central Valley Chrysler-Jeep, Inc. and all of the other named plaintiffs in this action, plaintiff-intervenor Association of International Automobile Manufacturers, defendant Catherine E. Witherspoon and defendant-intervenors Sierra Club, Natural Resources Defense Council, and Environmental Defense (Parties) each STIPULATE as follows and seek the Court's approval of the following provisions:

1. The Friday, November 10, 2006 deadline, contained in the Court's scheduling order (Docket Doc. # 297), for the completion of the expert witness depositions is modified to allow for the completion of Defendants' continued deposition of Patrick Michaels, Plaintiffs' continued deposition of James Hansen, and Plaintiffs' continued deposition of Laurence Kalkstein, but no later than December 8, 2006;

2. Should any party seek to make a discovery motion based upon the expert witness deposition of Patrick Michaels, James Hansen and/or Laurence Kalkstein, that motion shall be filed within five (5) days of the date of that specific expert;

3. This stipulation is not a waiver of the expert discovery cut-off, nor does it express a general agreement to hold depositions after the expert discovery cut-off.

IT IS SO STIPULATED.

Dated: November 13, 2006    BILL LOCKYER
Attorney General of the State of California

/s/ Ellen M. Peter (as authorized on November 13, 2006)
ELLEN M. PETER
Supervising Deputy Attorney General
Attorneys for Defendant

Dated: November 13, 2006    LAW OFFICES OF MATTHEW F. PAWA, P.C.

/s/ Matthew F. Pawa
MATTHEW F. PAWA
Attorneys for Defendant-Intervenors Sierra Club, Natural Resources Defense Council and Environmental Defense

1
2
3    Dated: November 13, 2006    KIRKLAND & ELLIS, LLP
4
                                 /s/ Andrew B. Clubok (as authorized on November 13, 2006)
5                                ANDREW B. CLUBOK
                                 Attorneys for All Plaintiffs
6
7    Dated: November 13, 2006    GIBSON & DUNN, P.C.
8
                                 /s/ Charles Haake (as authorized on November 13, 2006)
                                 CHARLES HAAKE
9                                Attorneys for Plaintiff-Intervenor Association of
                                 International Automobile Manufacturers
10
11
12
13
14
15
16
17
    IT IS SO ORDERED.
18
    **Dated:   November 14, 2006**                **/s/ Lawrence J. O'Neill**
19  b9ed48                                        UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28