1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC. et al., | CV F 04-6663 AWI LJO |
| Plaintiffs, | **ORDER GRANTING MOTION TO FILE DECLARATION OF CHARLES H. HAAKE UNDER SEAL.** |
| v. | |
| Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, | |
| Defendant, | |
| THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, | |
| Plaintiff-Intervenor, | Document # 440 |
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK, | |
| Defendant-Intervenors. | |

Pursuant to Local Rule 39-141, Plaintiff-Intervenor Association of International Automobile Manufacturers' Application to File Documents Under Seal is GRANTED. The Clerk of the Court is directed to seal Exhibit "C" to the Declaration of Charles H. Haake in Support of Plaintiff Intervenor Association of International Automobile Manufacturers' Opposition to Defendant and Defendant Intervenors' Motion for Summary Judgment (Ripeness).

IT IS SO ORDERED.

**Dated:**   **November 14, 2006**                         /s/ Anthony W. Ishii
0m8i78                                                                 UNITED STATES DISTRICT JUDGE