1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC. et al., ) | CV F 04-6663 AWI LJO |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| ) | HEARING DATE OF |
| v. ) | NOVEMBER 27, 2006. |
| ) | |
| Catherine E. WITHERSPOON, in her ) | |
| official capacity as Executive Officer of ) | |
| the California Air Resources Board, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THE ASSOCIATION OF ) | |
| INTERNATIONAL AUTOMOBILE ) | |
| MANUFACTURERS, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| SIERRA CLUB, NATURAL ) | |
| RESOURCES DEFENSE COUNCIL, ) | |
| ENVIRONMENTAL DEFENSE, ) | |
| BLUE WATER NETWORK, GLOBAL ) | |
| EXCHANGE, AND RAINFOREST ) | |
| ACTION NETWORK, ) | |
| ) | |
| Defendant-Intervenors. ) | |

1    Currently before the court are a total of four motions for summary judgment by

2    Defendant and Defendant interveners, and one motion for summary judgment by Plaintiff

3    interveners.  One of the motions for summary judgment is currently set for hearing and

4    argument to be held on November 27, 2006.  The court has received the pleadings of the

5    parties with respect to the motion currently set for hearing on November 27, 2006.  Because

6    of the volume of material submitted by the parties, and in consideration of the court's

7    crowded calendar, the court finds it is necessary to reschedule the hearing date for the motion

8    currently set for hearing on November 27, 2006.  As of the date of this order, the court has

9    not determined whether oral argument on this motion will be necessary or the date of any

10   subsequent hearing.  The court has also not determined as yet whether one or more hearings

11   on the remaining four motions for summary judgment that are currently set for hearing and

12   oral argument on December 11, 2006, will be necessary.  The court will therefore vacate both

13   the November 11, 2006, hearing date and the December 11, 2006 hearing date, and will

14   notify the parties at least eight (8) days in advance of the date(s) scheduled for hearings on

15   the parties' motions.

16       Therefore, IT IS HEREBY ORDERED that the previously set hearing dates of

17   November 27, 2006, and December 11, 2006, are hereby VACATED and no party shall

18   appear at those times.

19

20   IT IS SO ORDERED.

21   **Dated:    November 22, 2006**              **/s/ Anthony W. Ishii**
     h2ehf                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28