**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC. et al.,**<br><br>　　　　　**Plaintiffs**,<br><br>　v.<br><br>**Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,**<br><br>　　　　　**Defendant,**<br><br>**THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**<br><br>　　　　　**Plaintiff-Intervenor,**<br><br>**SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK,**<br><br>　　　　　**Defendant-Intervenors.** | **CV F 04-6663 AWI LJO**<br><br>**ORDER GRANTING MOTION TO FILE DECLARATIONS OF REGINALD R. MODLIN AND ALAN R. WEVERSTAD UNDER SEAL.** |

1    Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal is
2 GRANTED.  The Clerk of Court is directed to seal the non-public versions of the following
3 documents filed in this case in support of Plaintiffs' Opposition to Defendant's Motion for
4 Summary Judgment and Dismissal:

   (1)   Declaration of Reginald R. Modlin; and

   (2)   Declaration of Alan R. Weverstad.

IT IS SO ORDERED.

**Dated:   November 28, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2