1

2

3

4

5

6

7

8

9

10

11

12        IN THE UNITED STATES DISTRICT COURT FOR THE

13              EASTERN DISTRICT OF CALIFORNIA

14

| | | |
|---|---|---|
| 15 | **CENTRAL VALLEY CHRYSLER-<br>JEEP, INC. et al.,** ) | **CV F 04-6663 AWI LJO** |
| 16 | ) | |
| 17 | **Plaintiffs,** ) | **ORDER GRANTING MOTION<br>TO FILE DECLARATION OF** |
| 18 | **v.** ) | **MARC N. MELNICK UNDER<br>SEAL.** |
| 19 | **Catherine E. WITHERSPOON, in her<br>official capacity as Executive Officer of<br>the California Air Resources Board,** ) | |
| 20 | ) | |
| 21 | **Defendant,** ) | |
| 22 | **THE ASSOCIATION OF<br>INTERNATIONAL AUTOMOBILE<br>MANUFACTURERS,** ) | |
| 23 | ) | |
| 24 | **Plaintiff-Intervenor,** ) | |
| 25 | **SIERRA CLUB, NATURAL<br>RESOURCES DEFENSE COUNCIL,<br>ENVIRONMENTAL DEFENSE,<br>BLUE WATER NETWORK, GLOBAL<br>EXCHANGE, AND RAINFOREST<br>ACTION NETWORK,** ) | |
| 26 | ) | |
| 27 | ) | |
| 28 | **Defendant-Intervenors.** ) | |

Pursuant to Local Rule 39-141, Defendants' Ex Parte Application to File Under Seal Confidential Exhibits to the Declaration of Marc N. Melnick in Support of Defendants' Opposition to AIAM's Motion for Summary Judgment and the confidential version of Defendants' Opposition Brief on AIAM's Motion for Summary Judgment is granted.  The Clerk of the Court is directed to file, under seal, these documents.

IT IS SO ORDERED.

**Dated:   November 27, 2006**            _____/s/ Anthony W. Ishii_____
h2ehf                                     UNITED STATES DISTRICT JUDGE