**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC. et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**CATHERINE E. WITHERSPOON,** in her official capacity as Executive Officer of the California Air Resources Board,<br><br>    Defendant,<br><br>**THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,**<br><br>    Plaintiff-Intervenor,<br><br>**SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK,**<br><br>    Defendant-Intervenors. | **CV F 04-6663 AWI LJO**<br><br>**ORDER VACATING PRETRIAL CONFERENCE DATE OF DECEMBER 20, 2006, AND SETTING ORAL ARGUMENT ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT ON THAT DATE.** |

1    The pretrial conference in this case is currently scheduled for 9:00 a.m. on Wednesday, December 20, 2006.  A number of motions and cross-motion for summary judgment are currently before the court.  The court has determined that the pre-trial conference currently scheduled for Wednesday, December 20, 2006 at 9:00 a.m. shall be vacated and that a hearing on the parties' motions and cross-motion for summary judgment shall be scheduled in the same time period.

   THEREFORE, it is hereby ordered that the pretrial conference in this case currently scheduled for Wednesday, December 20, 2006, is hereby VACATED.  Hearing on the parties' motions or cross-motion for summary judgment is HEREBY SET for 9:00 a.m. on Wednesday, December 20, 2006, in courtroom 2.  A new date for the pre-trial conference shall be set following the December 20 hearing.  The date currently set for trial is not changed by this order.

IT IS SO ORDERED.

**Dated:   December 8, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE