1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  KATHLEEN KENEALY, State Bar No. 212289
   CARYN L. CRAIG, State Bar No. 185621
5  JAN G. ZABRISKIE, State Bar No. 117049
   Deputy Attorneys General
6    1300 "I" Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-5484
8    Fax: (916) 327-2319
   MARC N. MELNICK, State Bar No. 168187
9  GAVIN G. McCABE, State Bar No. 130864
   MARK W. POOLE, State Bar No. 194520
10 Deputy Attorneys General
     1515 Clay Street, 20th Floor
11   P.O. Box 70550
     Oakland, CA 94612-0550
12
   Attorneys for Defendant Catherine E. Witherspoon
13
   *Additional Counsel on Next Page*

FILED
DEC 0 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA --- FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE E. WITHERSPOON, <br><br> Defendant. <br><br> ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS, <br><br> Plaintiff-Intervenor, <br><br> SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK, <br><br> Defendant-Intervenors. | NO. 1:04-CV-06663-AWI-LJO <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT THE DEPOSITION OF CERTAIN EXPERT WITNESSES TO TAKE PLACE AFTER 12/08/06 DEADLINE** |

Stipulation & [Proposed] Order re Expert Deps. after 12/08/06          No. 1:04-CV-06663-AWI-LJO

1 | MATTHEW F. PAWA (*pro hac vice*)
BENJAMIN KRASS (*pro hac vice*)
2 | LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
3 | Newton Centre, MA 02459
Tel: (617) 641-9550
4 | Fax: (617) 641-9551

5 | DAVID BOOKBINDER (*pro hac vice*)
SIERRA CLUB
6 | 408 C Street, NE
Washington, DC 20002
7 | Tel: (202) 548-4598
Fax: (202) 547-6009
8 | Attorneys for Defendant-Intervenors Sierra Club, Natural
Resources Defense Council, and Environmental Defense
9 |
DANIELLE R. FUGERE, State Bar No. 160873
10 | BLUEWATER NETWORK
311 California Street, Suite 510
11 | San Francisco, CA 94104
Tel: (415) 544-0790 x15
12 | Fax: (415) 544-0796
Attorneys for Defendant-Intervenors Bluewater Network,
13 | Global Exchange, and Rainforest Action Network

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Parties have met and conferred and ask the Court to modify the Scheduling Order in
2  accordance with the Stipulation set forth herein.
3  WHEREAS, pursuant to the Stipulation and Order to Modify Scheduling Order in this
4  matter, signed on November 9, 2006 (Docket Doc. #435) the Friday, November 10, 2006
5  deadline, contained in the Court's scheduling order (Docket Doc. #297) for the completion of the
6  noticed expert witness depositions was modified to permit the completion of those depositions
7  on or before December 8, 2006.
8  WHEREAS, despite counsels' best efforts and the completion of numerous expert
9  witness depositions in this case, some depositions remain which cannot reasonably be completed
10  prior to the December 8, 2006 cut-off.  Most of these expert witness depositions have been
11  commenced, but none are complete.  They are:  Plaintiffs depositions of:  Mr. K.G. Duleep, Dr.
12  James E. Hansen, Mr. Michael D. Jackson, Dr. Daniel Sperling, Mr. James Page; and Dr.
13  Kenneth A. Small, and Defendants' depositions of Mr. Ronald Harbour and Dr. Patrick J.
14  Michaels.
15  WHEREAS, counsel for the Parties have agreed to the continuation of those depositions
16  to the earliest reasonable date on which the respective expert witness and counsel can be
17  available.  Plaintiffs will endeavor to complete their depositions as follows:  (i) Mr. Duleep on
18  December 15, 2006; (ii) Dr. Hansen on December 19; (iii) Mr. Jackson before December 22; (iv)
19  Dr. Sperling on December 21; (v) Mr. Page on December 19; and (vi) Dr. Small on December
20  15, 2006.  Defendants will endeavor to complete their depositions as follows:  (i) Mr. Harbour
21  before January 5; (ii) Dr. Michaels on December 14, 2006.
22  WHEREAS, the Parties seek permission of the Court to allow them to endeavor to
23  complete these specific depositions after the December 8, 2006 deadline, as described herein.
24  WHEREAS, the Parties seek permission to notice any motions to compel with respect to
25  these eight (8) expert depositions within five (5) days of the agreed upon date for the respective
26  depositions;
27  //
28  //

WHEREFORE, Plaintiff Central Valley Chrysler-Jeep, Inc. and all of the other named plaintiffs in this action, plaintiff-intervenor Association of International Automobile Manufacturers, defendant Catherine E. Witherspoon and defendant-intervenors Sierra Club, Natural Resources Defense Council, and Environmental Defense each STIPULATE as follows and seek the Court's approval of the following provisions:

1. The Friday, December 8, 2006, deadline for the completion of expert witness depositions shall be modified as described herein to allow for the completion of the expert witness depositions of: Mr. K.G. Duleep, Dr. James E. Hansen, Mr. Michael D. Jackson, Dr. Daniel Sperling, Mr. James Page; and Dr. Kenneth A. Small, Mr. Ronald Harbour, and Dr. Patrick J. Michaels.

2. Should any party seek to make any discovery motion based upon the expert witness depositions described in this Stipulation, that motion shall be filed within five (5) days of the date of that specific expert.

3. This stipulation is not a waiver of the expert discovery cut-off, nor does it express a general agreement to hold depositions after the expert discovery cut-off.

IT IS SO STIPULATED

Dated: December 8, 2006      BILL LOCKYER
                             Attorney General of the State of California


                             /s/ Kathleen A. Kenealy

                             KATHLEEN A. KENEALY
                             Supervising Deputy Attorney General
                             Attorneys for Defendant

Dated: December 8, 2006      LAW OFFICES OF MATTHEW F. PAWA, P.C.

                             /s/ Matthew F. Pawa
                             MATTHEW F. PAWA
                             Attorneys for Defendant-Intervenors Sierra Club, Natural
                             Resources Defense Council and Environmental Defense

| | | |
|---|---|---|
| 1 | Dated: December 8, 2006 | KIRKLAND & ELLIS, LLP |
| 2 | | |
| 3 | | /s/ Andrew B. Clubok |
| | | ANDREW B. CLUBOK |
| 4 | | Attorneys for All Plaintiffs |
| 5 | Dated: December 8, 2006 | GIBSON & DUNN, P.C. |
| 6 | | |
| 7 | | /s/ Charles Haake |
| | | CHARLES HAAKE |
| 8 | | Attorneys for Plaintiff-Intervenor Association of International Automobile Manufacturers |

IT IS SO ORDERED. *This order will not change the trial date.* LJO

Dated: *Dec 8, 2006*               _____
                                    Honorable Lawrence J. O'Neill
                                    UNITED STATES MAGISTRATE JUDGE