1  BILL LOCKYER
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  ELLEN M. PETER, State Bar No. 72234
   Supervising Deputy Attorney General
4  KATHLEEN A. KENEALY
   Deputy Attorney General
5   1300 "I" Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA  94244-2550
   JOSEPH BARBIERI, State Bar No. 83210
7  GAVIN G. McCABE, State Bar No. 130864
   MARC N. MELNICK, State Bar No. 168187
8  Deputy Attorneys General
    1515 Clay Street, 20th Floor
9   P.O. Box 70550
    Oakland, CA  94612-0550
10  Telephone:  (510) 622-2133
    Fax:  (510) 622-2270
11
   Attorneys for Defendant Catherine E. Witherspoon
12
   *Additional Counsel on Next Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>Plaintiff-Intervenor,<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,<br><br>Defendant-Intervenors. | NO. 1:04-CV-06663-AWI-LJO<br><br>**ORDER GRANTING DEFENDANT AND DEFENDANT-INTERVENORS' EX PARTE APPLICATION TO FILE UNDER SEAL DEPOSITION TRANSCRIPT OF BARBARA SAMARZDICH**<br><br>[Local Rule 39-141]<br><br>Date:       January 4, 2007<br>Time:       8:45 am<br>Courtroom:  Eight<br>Judge:      Hon. Lawrence J. O'Neill |

| | |
|---|---|
| 1 | DAVID D. DONIGER, State Bar No. 76262 |
| | NATURAL RESOURCES DEFENSE COUNCIL |
| 2 | 1200 New York Ave., NW |
| | Washington, DC  20005 |
| 3 | Tel:  (202) 289-2403 |
| | Fax:  (202) 789-0859 |
| 4 | |
| | MATTHEW F. PAWA (*pro hac vice*) |
| 5 | BENJAMIN KRASS (*pro hac vice*) |
| | LAW OFFICES OF MATTHEW F. PAWA, P.C. |
| 6 | 1280 Centre Street, Suite 230 |
| | Newton Centre, MA 02459 |
| 7 | Tel: (617) 641-9550 |
| | Fax: (617) 641-9551 |
| 8 | |
| | DAVID BOOKBINDER (*pro hac vice*) |
| 9 | SIERRA CLUB |
| | 408 C Street, NE |
| 10 | Washington, DC  20002 |
| | Tel:  (202) 548-4598 |
| 11 | Fax:  (202) 547-6009 |
| 12 | JAMES T.B. TRIPP (of counsel) |
| | ENVIRONMENTAL DEFENSE |
| 13 | 257 Park Avenue South |
| | New York, NY  10010 |
| 14 | Tel:  (212) 616-1247 |
| | Fax:  (212) 505-2375 |
| 15 | |
| | Attorneys for Defendant-Intervenors Sierra Club, Natural |
| 16 | Resources Defense Council, and Environmental Defense |
| 17 | |
| | DANIELLE R. FUGERE, State Bar No. 160873 |
| 18 | BLUEWATER NETWORK |
| | 311 California Street, Suite 510 |
| 19 | San Francisco, CA  94104 |
| | Tel:  (415) 544-0790 x15 |
| 20 | Fax:  (415) 544-0796 |
| 21 | Attorneys for Defendant-Intervenors Bluewater Network, |
| | Global Exchange, and Rainforest Action Network |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[Prop.] Order Granting Defendant & Defendant-Intervenors' Ex Parte App. To File Under Seal Depo. Tr. of Barbara Samarzdich                                                                                                            No. 1:04-CV-06663-AWI-LJO

1 | Pursuant to Local Rule 39-141, Defendant and Defendant-Intervenors Ex Parte
2 | Application to File Under Seal the transcript of the deposition of Barbara Samarzdich is granted.
3 | The Clerk of the Court is directed to file, under seal, that document.

IT IS SO ORDERED.

**Dated:   January 4, 2007**                    /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE