1

2

3  SAGASER, JONES & HAHSEY
   2445 Capitol Street, 2nd Floor
4  Post Office Box 1632
   Fresno, California  93717-1632
5  Telephone:     (559) 233-4800

6
   Timothy Jones #119841
7  John P. Kinsey # 215916

8  KIRKLAND & ELLIS LLP
   655 15th Street, N.W., Suite 1200
9  Washington, DC  20005
10 Telephone:     (202) 879-5000

11 Stuart A. C. Drake (*pro hac vice*)
   Andrew B. Clubok (*pro hac vice*)
12 Michael E. Scoville (*pro hac vice*)
13 Derek S. Bentsen #232550

14 Attorneys for all plaintiffs

15                                                                                          .

16              **UNITED STATES DISTRICT COURT**

17          **EASTERN DISTRICT OF CALIFORNIA – FRESNO**

18 CENTRAL VALLEY CHRYSLER-JEEP,          Case No. CV F-04-6663 AWI-LJO
   INC., *et al.*,
19                                          **ORDER GRANTING PLAINTIFFS'**
                                            **APPLICATION TO FILE**
20                     Plaintiffs,          **DOCUMENTS UNDER SEAL**
                                            **PURSUANT TO L.R. 39-141**
21          v.

22 CATHERINE E. WITHERSPOON, in her
   official capacity as Executive Officer of the
23 California Air Resources Board,
                                            **Date:**
24                                          **Time:**
                     Defendant,            **Courtroom:   Eight**
25                                          **Judge:        Hon. Lawrence J. O'Neill**
   ASSOCIATION OF INTERNATIONAL
26 AUTOMOBILE MANUFACTURERS,               **Trial Date:   January 30, 2007**
                 Plaintiff-Intervenor,
27

28
   SIERRA CLUB, *et al.*,

          1          Defendant-Intervenors.
   {6473/003/00202590.DOC}

1

2

3        Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal

4    is GRANTED.  The Clerk of Court is directed to seal the non-public versions of the following

5    documents filed in this case in support of Joint Statement On Discovery Dispute Concerning

6    Motion To Compel Discovery Or, In The Alternative, To Preclude Expert Testimony By K.G.

7    Duleep:

8

9            (1)     Exhibit E - Deposition Exceprt of Mr. K.G. Duleep.

10

11

12

13

        IT IS SO ORDERED.
14

15   **Dated:    January 4, 2007**                    **/s/ Lawrence J. O'Neill**
     b9ed48                                  UNITED STATES MAGISTRATE JUDGE                    .

16

17

18

19

20

21

22

23

24

25

26

27

28

2