**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER VALLEY JEEP, INC., et al.,<br><br>            Plaintiff,<br><br>   vs.<br><br>CATHERINE E. WITHERSPOON,<br><br>            Defendants.<br>_____/ | CASE NO. **CV-F-04-6663 AWI LJO**<br><br>**ORDER ON PLAINTIFFS' MOTION TO COMPEL/PRECLUDE THE TESTIMONY OF EXPERT K.G. DULEEP**<br>(Doc 581, 587) |

Plaintiffs' motion re expert Duleep came on regularly for hearing before the Court on January 9, 2007 in Department 8. Plaintiffs appeared by counsel Timothy Jones and Stuart Drake. Defendant appeared by telephone by counsel Ellen Peter and Kathleen Kenealy. Having considered the parties' joint statement, and the exhibits attached thereto, as well as the arguments of counsel and the Court's file, the Court issues the following order.

The Court incorporates by reference the attached transcript of the Court's January 9, 2007 Order verbally issued at the hearing on the above motion.

IT IS SO ORDERED.

Dated: January 9, 2007                                        /s/ Lawrence J. O'Neill
                                                              LAWRENCE J. O'NEILL
                                                              UNITED STATES MAGISTRATE JUDGE