SAGASER, JONES & HAHESY
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California   93717-1632
Telephone:     (559) 233-4800

Timothy Jones #119841
John P. Kinsey #215916

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C.  20005
Telephone:     (202) 879-5000

Stuart A. C. Drake (*pro hac vice*)
Andrew B. Clubok (*pro hac vice*)
Michael E. Scoville (*pro hac vice*)

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., *et al.*,<br>　　　　　Plaintiffs, | Case No. CIV-F-04-6663 AWI LJO |
| vs. | **STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO PRECLUDE TESTIMONY OR IN** |
| CATHERINE E. WITHERSPOON, in her official capacity as Executive Director of the California Air Resources Board,<br>　　　　　Defendant, | **THE ALTERNATIVE TO COMPEL (1) SUPPLEMENTATION OF MICHAEL WALSH'S EXPERT REPORT; (2) PRODUCTION OF MR. WALSH FOR ADDITIONAL DEPOSITION TIME, (3) PRODUCTION OF DOCUMENTS FROM MR. WALSH, AND (4) TO MODIFY THE** |
| ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br>　　　　　Plaintiff-Intervenor, | **SCHEDULING ORDER**<br><br>Date:　　　December 19, 2006<br>Time:　　　8:15 a.m.<br>Courtroom:　Eight<br>Judge:　　　Hon. Lawrence J. O'Neill |
| SIERRA CLUB, *et al.*,<br>　　　　　Defendant-Intervenors. | Trial Date:　January 30, 2007 |

1. WHEREAS, on November 30, 2006 plaintiffs took the deposition of Michael P. Walsh, an expert witness retained by the defendant and defendant-intervenors in this case.

WHEREAS, on December 6, 2006, plaintiffs filed a motion to preclude testimony from Mr. Walsh or in the alternative to compel supplementation of his expert report, production of Mr. Walsh for additional deposition time, production of additional documents from Mr. Walsh, and to modify the scheduling order.

WHEREAS, counsel for plaintiffs and for the defendant and defendant-intervenors have met and conferred regarding plaintiffs' motion and now seek the Court's permission to resolve the pending motion by stipulation.

WHEREFORE, to resolve the pending motion by plaintiffs, the parties now STIPULATE as follows and seek the Court's approval of the following provisions:

1. Mr. Walsh will not offer an expert opinion on the technical and economic feasibility of the regulations under challenge in this case.
2. Mr. Walsh will not offer an expert opinion on the adequacy of the regulatory analysis CARB performed in promulgating the regulations under challenge in this case.
3. The following sentence, on page 6 of Mr. Walsh's expert report, shall be deleted: "I expect this because the California greenhouse gas motor vehicle standards are technically and economically feasible."

IT IS SO STIPULATED.

DATED: January 11, 2007.                           KIRKLAND & ELLIS LLP

                                                   /s/ Michael Scoville
                                                   _____
                                                   Michael Scoville
                                                   Attorney for all Plaintiffs


DATED: January 11, 2007.                           GIBSON, DUNN & CRUTCHER

                                                   /s/ Charles H. Haake (as authorized
                                                   Dec. 18, 2006)
                                                   _____
                                                   Charles H. Haake
                                                   Attorney for Plaintiff-Intervenor the Association
                                                   of International Automobile Manufacturers

DATED: January 11, 2007.                           EDMUND G. BROWN, JR.

                                                   Attorney General of the State of California

1

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO PRECLUDE TESTIMONY OR IN THE ALTERNATIVE TO COMPEL [WALSH]**

|   |   |
|---|---|
|   | /s/ Ellen Peter (as authorized Jan. 11, 2007) |
|   | _____ |
|   | Ellen Peter |
|   | Supervising Deputy Attorney General |
|   | Attorney for Defendant |

DATED: January 11, 2007.          LAW OFFICES OF MATTHEW F. PAWA

/s/ Matthew F. Pawa (as authorized Jan. 11, 2007)

_____
Matthew F. Pawa
Attorney for Sierra Club, Natural Resources Defense Council, and Environmental Defense

DATED: January 11, 2007.          SIERRA CLUB

/s/ David Bookbinder (as authorized Jan. 11, 2007)

_____
David Bookbinder
Attorney for Defendant-Intervenor Sierra Club

DATED: January 11, 2007.          BLUEWATER NETWORK

/s/ Danielle R. Fugere (as authorized Jan. 11, 2007)

_____
Danielle R. Fugere
Attorney for Bluewater Network Global Exchange, and Rainforest Action Network

IT IS SO ORDERED.

Dated:   **January 11, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO PRECLUDE TESTIMONY OR IN THE ALTERNATIVE TO COMPEL [WALSH]**