**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC. et al.,** )<br>)<br>         **Plaintiffs**, )<br>)<br>    v. )<br>)<br>**Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,** )<br>)<br>)<br>)<br>         **Defendant,** )<br>)<br>**THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** )<br>)<br>)<br>)<br>         **Plaintiff-Intervenor,** )<br>)<br>**SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK,** )<br>)<br>)<br>)<br>)<br>)<br>         **Defendant-Intervenors.** )<br>_____ ) | **CV F 04-6663 AWI LJO**<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

Defendants have provided notice of the Supreme Court's decision in <u>Massachusetts v. Environmental Protection Agency</u>, ___ S.CT. ___ (2007); 2007 WL 957332 U.S.), and have requested further status conference.

THEREFORE, good cause appearing, further status conference in this case is hereby set for Thursday, April 12, 2007, at 9:00 a.m. in courtroom 2. Either party having conflict with this date shall notify the court by calling (559) 499-5668 during normal working hours. The stay previously imposed by the court shall remain in effect until further order of the court.

IT IS SO ORDERED.

**Dated:   April 9, 2007**                            **/s/ Anthony W. Ishii**
h2ehf                                            UNITED STATES DISTRICT JUDGE