1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC. et al.,** ) | **CV F 04-6663 AWI LJO** |
| ) | |
| Plaintiffs, ) | **ORDER VACATING HEARING DATE OF MAY 12, 2008, SETTING SCHEDULE FOR FURTHER BRIEFING ON PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF, AND TAKING MOTIONS UNDER SUBMISSION** |
| ) | |
| v. ) | |
| ) | |
| **James N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| **SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK,** ) | |
| ) | |
| Defendant-Intervenors. ) | |

In this action for injunctive and declaratory relief, plaintiff-intervenor Association of International Automobile Manufacturers ("AIAM") filed a motion to modify injunctive relief on April 3, 2008. Doc. # 665. On April 28, 2008, plaintiffs Central Valley Chrysler-Jeep, et al. ("Plaintiffs") filed a "Motion for Injunctive Relief on Count II of the First Amended Complaint. Doc. # 672. As to Document # 665, Defendant and Defendant-Intervenors filed their opposition on April 25, 2008, and AIAM filed its reply on May 5, 2008. As to Document # 672, Defendant and Defendant-Intervenors have requested additional time to file their opposition.

The court has reviewed AIAM's and Plaintiffs' moving papers and finds both motions deal with the same subject – the scope of the injunctive order issued by this court on January 16, 2007. Doc. # 606. To conserve judicial resources, the court will permit the completion of briefing on Plaintiffs' motion for injunctive relief and will thereafter consider both AIAM's motion and Plaintiffs' motion together. The court has reviewed the submissions of both parties with respect to AIAM's motion and has reviewed Plaintiffs' moving papers with respect to their motion. The court preliminarily finds the issues presented by both motions are suitable for decision without oral argument. Local Rule 78-230(h). The court will therefore vacate the currently-scheduled date set for hearing on AIAM's motion and will take both motions under submission as of the date briefing is completed on Plaintiffs' motion. Should the court later determine that oral argument would be helpful, the parties will be notified a minimum of ten (10) day prior to any hearing date proposed by the court.

Therefore, in accord with the foregoing, it is hereby ORDERED that:

1. The hearing for oral arguments on AIAM's motion for injunctive relief currently set for May 12, 2008, is hereby VACATED and no party shall appear on that date.
2. Defendant and Defendant-intervenors may file and serve an opposition to Plaintiffs' motion for injunctive relief not later than Friday, May 23, 2008. Plaintiffs may file and serve their reply not later than Friday, June 6, 2008.

3. The court will take both motions under submission as of Monday, June 9, 2008, and will thereafter render its decision.

IT IS SO ORDERED.

**Dated:   May 6, 2008**             /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE