**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL VALLEY CHRYSLER-JEEP, INC. et al.,** | **CV F 04-6663 AWI GSA** |
| Plaintiffs, | **ORDER GRANTING MOTION TO FILE DECLARATION OF MICHAEL E. SCOVILLE AND EXHIBITS APPENDED THERETO UNDER SEAL.** |
| v. | |
| **Catherine E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,** | |
| Defendant, | |
| **THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,** | |
| Plaintiff-Intervenor, | Document # 678 |
| **SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUE WATER NETWORK, GLOBAL EXCHANGE, AND RAINFOREST ACTION NETWORK,** | |
| Defendant-Intervenors. | |

1   Pursuant to L.R. 39-141, Plaintiffs' Application to File Documents Under Seal is
2   GRANTED.  The Clerk of Court is directed to seal the non-public versions of the following
3   documents filed in this case in support of Plaintiffs' Reply in Support of their Motion for
4   Injunctive Relief on Count II of the First Amended Complaint: Exhibits A, C, D, E, F, and G to
5   the Declaration of Michael E. Scoville.

8   IT IS SO ORDERED.

9   Dated:   June 11, 2008                                   /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE