1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAN ZABRISKIE
   Deputy Attorney General
3   1300 I Street, Suite 125
    P.O. Box 944255
4   Sacramento, CA 94244-2550
    Telephone:  (916) 322-5181
5   Fax:  (916) 327-2319
    Email:  jan.zabriskie@doj.ca.gov
6
   Attorneys for Defendant
7

8              IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11  CENTRAL VALLEY CHRYSLER-JEEP,          Case No:
    INC., et al.,
12                                          CIV-F-04-6663-AWI-GSA
                                Plaintiffs,
13              v.
                                            **STIPULATION AND ORDER**
14  JAMES GOLDSTENE, in his official capacity as   **FOR EXTENSION OF TIME**
    Executive Officer of the California Air Resources   **RE COSTS AND FEES [FED.**
15  Board,                                  **R. CIV. P. 6(B)]**

16                                Defendant.

17  THE ASSOCIATION OF INTERNATIONAL
    AUTOMOBILE MANUFACTURERS,
18
                          Plaintiff-Intervenor,
19

20  SIERRA CLUB, NATURAL RESOURCES DEFENSE
    COUNCIL, ENVIRONMENTAL DEFENSE,
21  BLUEWATER NETWORK, GLOBAL EXCHANGE
    and RAINFOREST ACTION NETWORK,
22
                          Defendant-Intervenors.
23

24        The parties to this action stipulate, through their respective attorneys of record, as

25  follows:

26        (1)      The time within which the parties may file a request for costs and/or any attorneys

27  fees under Rule 54(d) of the Federal Rules of Civil Procedure and Local Rules 54-292 and 54-

28  293 of the Local Rules of Practice for the United States District Court, Eastern District of

1  California, is hereby extended to thirty (30) days after the last nonappealable judgment or order

2  in this action or appeal is entered.

3          (2)      Regardless of the judgment and outcome of any appeal or subsequent judgment,

4  no party shall seek recovery of any past or future costs paid or incurred for the document

5  repository established with D-M Information Systems, Inc., in connection with the June 5, 2006,

6  First Amended Stipulation and Protective Order Regarding Handling of Confidential

7  Information.

8

9  STIPULATED AND AGREED BY:

10  Dated:  August 25, 2008          EDMUND G. BROWN JR,
                                     Attorney General of the State of California

11

12                                   By  /s/ Jan Zabriskie
13                                       Jan Zabriskie
                                         Deputy Attorney General
14                                       Attorney for Defendant

15  Dated:  August __, 2008          KIRKLAND & ELLIS LLP

16

17                                   By      /s/ Andrew B.  Clubok (as authorized 8/22/2008)
                                         Andrew B. Clubok
18                                       Attorney for All Plaintiffs

19  Dated:  August __, 2008          GIBSON, DUNN & CRUTCHER, LLP

20

21                                   By      /s/ Charles H.  Haake (as authorized 8/22/2008)
                                         Charles H. Haake
22                                       Attorneys for Plaintiff-Intervenor
                                         Association of International Automobile
23                                       manufacturers

24

25

26

27

28

1   Dated:  August __, 2008              SIERRA CLUB

2
                                        By  s/ David Bookbinder (as authorized 8/21/2008)
3                                            David Bookbinder (pro hac vice)
                                             Attorneys for Sierra Club, Natural Resources
4                                            Defense Council, and Environmental Defense

5

6

7   Dated:  August __, 2008              BLUEWATER NETWORK

8
                                        By   /s/ Danielle R.  Fugere (as authorized 8/21/2008)
9                                            Danielle R. Fugere
                                             Attorney for Bluewater Network, Global Exchange,
10                                           and Rainforest Action Network

11

12                                      **ORDER**

13  IT IS SO ORDERED.

14
    **Dated:   August 27, 2008**         _____/s/ Anthony W. Ishii_____
15                                      CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28