JON WALLACE UPTON, SBN 46089
KIMBLE, MACMICHAEL & UPTON
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, California 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

RAYMOND B. LUDWISZEWSKI Pro Hac Vice
CHARLES H. HAAKE, SBN 190178
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiff-Intervenor,
The Association of International Automobile Manufacturers

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY CHRYSLER-JEEP, INC., et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>　　　　Defendant,<br><br>THE ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS,<br><br>　　　　Plaintiff-Intervenor,<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL DEFENSE, BLUEWATER NETWORK, GLOBAL EXCHANGE and RAINFOREST ACTION NETWORK,<br><br>　　　　Defendant-Intervenors. | CASE NO. CIV-F-04-6663-AWI-GSA<br><br>STIPULATION AND ORDER FOR UNSEALING CERTAIN DEPOSITION TRANSCRIPTS |

WHEREAS on November 8, 2006, the Association of International Automobile Manufacturers ("AIAM") submitted an ex parte application seeking to file the following documents under seal:

    1.    the declaration of Charles H. Haake in Support of the Motion of Plaintiff Intervenor Association of International Automobile Manufacturers for Summary Judgment (ECF 419) and attached exhibits thereto including:

        a.    Exhibit C thereto: the lodged deposition of Charles Martin Shulock;

        b.    Exhibit D thereto: the lodged deposition of Paul Hughes; and

        c.    Exhibit E thereto: the lodged deposition of Steve Albu.

WHEREAS on November 13, 2006, this Court granted this motion and filed the above-referenced documents under seal.

WHEREAS on November 13, 2006, AIAM submitted an ex parte application seeking to file under seal other excerpts from the deposition of Steve Albu, which were attached as Exhibit "C" to the Declaration of Charles H. Haake in Support of Plaintiff Intervenor the Association of International Automobile Manufacturers' Opposition to Defendant and Defendant Intervenors' Motion for Summary Judgment (Ripeness) (ECF 445).

WHEREAS on November 14, 2006, this Court granted this motion and filed the above-referenced document under seal.

WHEREAS AIAM sought to file these materials under seal because these deposition transcripts were designated "Highly Confidential" under this Court's protective order.

WHEREAS the parties have since determined that the above-referenced material does not contain confidential or proprietary information and that these materials has became a matter of public record in the Green Mountain Chrysler trial in the United States District Court for the District of Vermont.

WHEREAS in light of the foregoing and the appellants' intention to include these materials in the appellate record, the parties to this action stipulate, through their respective

1  attorneys of records, that the above-referenced depositions should be unsealed.

2  THEREFORE, IT IS STIPULATED AND AGREED that:

3      The following material should be unsealed and included in the district court's record in
4  this matter:

5      1.    The declaration of Charles H. Haake in Support of the Motion of Plaintiff
6  Intervenor Association of International Automobile Manufacturers for Summary Judgment and
7  attached exhibits thereto (ECF 419) including

8          a.    the lodged deposition of Charles Martin Shulock;
9          b.    the lodged deposition of Paul Hughes;
10         c.    the lodged deposition of Steve Albu;

11     2.    Exhibit "C" to the Declaration of Charles H. Haake in Support of Plaintiff
12 Intervenor the Association of International Automobile Manufacturers' Opposition to Defendant
13 and Defendant Intervenors' Motion for Summary Judgment (Ripeness) (ECF 445).

14 DATED February 6, 2009

15                 GIBSON, DUNN & CRUTCHER, LLP

16                 By:/s/ Raymond B. Ludwiszewski
                  Raymond B. Ludwiszewski
17
                Attorneys for Plaintiff-Intervenor,
18                 Association of International Automobile Manufacturers

19                 KIRKLAND & ELLIS LLP

20                 By:/s/ Andrew B. Clubok (as authorized 2/4/2009)
                  Andrew B. Clubok
21                 Attorney for all Plaintiffs

22 ///
23 ///
24 ///
25 ///
26 ///
27
28                 3

1                 EDMUND G. BROWN JR.,
                   Attorney General of the State of California
2                 SIERRA CLUB
                   NATURAL RESOURCES DEFENSE COUNCIL
3                 ENVIRONMENTAL DEFENSE
                   BLUEWATER NETWORK
4                 GLOBAL EXCHANGE
                   RAINFOREST ACTION NETWORK,
5
                By: /s/ Kathleen A. Kenealy (as authorized 2/6/2009)
6                 Kathleen A. Kenealy
                   On Behalf of Defendant and Defendant-Intervenors
7

8                           ORDER

9 IT IS SO ORDERED.

10 **Dated:**   **February 6, 2009**             **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE